**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADVANCED PLUS LLC, ADVANCED PLUS DEAL 1 LLC, ADVANCED PLUS DEAL 2 LLC, and PACTOLUS INCOME OPPORTUNITIES LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>LANDON JORDAN, NATIONAL INDIVIDUAL INSURANCE AGENCY, LLC, BLACKHAWK CLAIMS SERVICE, INC., STRATEGIC LIMITED PARTNERS LP, RFA GROUP, INC., THE HEALTH SHARE GROUP INC., ASSOCIATION HEALTH CARE MANAGEMENT, INC., CRIMSON HOLDING GROUP, INC., RIDGE ADMINISTRATIVE SERVICES, INC., CHRISTOPHER JAMES PAGNANELLI, ROY FRANKLIN ANDING, JR., RAMI HASSAN, MARK KECK, TRACEY BERWICK, DAVID KEELER, and HAROLD L. BROCK, Jr.,<br><br>*Defendants*. | Case No. 24-cv-08881<br><br>**[PROPOSED]**<br>**ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS** |

Upon reading the Complaint by Plaintiffs Advanced Plus LLC, Advanced Plus Deal 1 LLC, Advanced Plus Deal 2 LLC, and Pactolus Income Opportunities LLC, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction to Freeze Certain Assets and Enjoin Certain Defendants from Preventing an Accounting Pursuant to Fed. R. Civ. P. 65, the Emergency Affirmation of Gabriel Berg, Esq., the Affidavit of David Chandik, together

with the exhibits annexed thereto, and upon all proceedings to be had herein, and good and sufficient cause having been shown:

LET, Defendants Landon Jordan, National Individual Insurance Agency, LLC, Blackhawk Claims Service, Inc., Strategic Limited Partners LP, RFA Group, Inc., The Health Share Group, Inc., Association Health Care Management, Inc., Crimson Holding Group, Inc., Ridge Administrative Services, Inc., show cause before the Hon. ______________________, at the Alfonse M. D'Amato United States Courthouse, 100 Federal Plaza , Central Islip, New York, in a hearing (as opposed to evidentiary hearing) on ________________, 2025, at _______ O'clock in the [a.m.][p.m.] or as soon thereafter as counsel may be heard (the "Preliminary Injunction Hearing"), why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure, during the pendency of this action, enjoining the named Defendants in this Order to Show Cause, along with their officers, agents, servants, employees, parent companies, subsidiaries and affiliates and all other persons who are in active concert or participation with them, from taking any of the following actions:

(1) Preventing, interfering or in any way impeding Plaintiffs from performing an independent audit of Defendants' books and records by any qualified accountant firm of Plaintiffs' choosing, including at each physical address of each Defendant named in this Motion;

(2) Retaining any repayments made by insurance agents for advances funded by Plaintiffs' money and, instead, paying such repayments, including, at a

minimum, repayments from those agents or agencies identified in Exhibit 5 of the Chandik Affidavit annexed to this Order, into the registry of the Court.

IT IS FURTHER ORDERED that pending this Court's hearing and determination of the motion seeking injunctive relief brought on this Order to Show Cause, Defendants, their officers, agents, servants, employees, attorneys, parent companies, subsidiaries and affiliates, and all persons acting or purporting to act on their behalf with notice hereof are hereby **RESTRAINED and ENJOINED** from taking any action that is inconsistent with Sections 1 and 2 above;

IT IS FUTHER ORDERED that Defendants shall be required to deliver a copy of this Order to each of the agencies and agents listed in the Annex to this Order;

IT IS FURTHER ORDERED that Defendants shall notify Plaintiffs of each payment issued into the registry of the Court within one day of issuing such payment. Defendants shall be required to produce to Plaintiffs a monthly report detailing each payment made into the registry of the Court;

IT IS FURTHER ORDERED that personal service of a copy of this order and Plaintiffs' moving papers upon the Defendants by federal express on or before January _________, 2025, shall be deemed good and sufficient service thereof;

IT IS FURTHER ORDERED that answering papers be served on Plaintiffs' counsel, Robins Kaplan, 1325 Avenue of the Americas, Suite 2601, New York, New York, 10019, and filed with the Court on or before the ___ day of _________, 2025, and that Plaintiffs' reply papers be served on Defendants' counsel, with a copy by email, and filed with the Court on or _____ the _____ day of _________, 2025; and

IT IS FURTHER ORDERED that the Preliminary Injunction Hearing on this application is directed on the return date of this Order to Show Cause and the Temporary Restraining Order shall remain in full force and effect through the return date on this Order to Show Cause.

DATED: New York, New York     ______________________________

January ____, 2025     UNITED STATES DISTRICT JUDGE

# EXHIBIT 5

## CHANDIK AFFIDAVIT

| Agency ID | Agency Name | Principal Agent |
|---|---|---|
| A42562 | A Train Marketing LLC | Anthony Bottley |
| A11394 | Above Health Care LLC | Carlos Bolanos |
| A94302 | ACP Marketing & Logistics LLC | Anthony Parrino |
| A35629 | ACP Marketing & Logistics LLC | Anthony Parrino |
| A91968 | Advera Marketing Advisors LLC | Neal Lubic |
| A24207 | Affinity Health LLC | David Wint |
| A75272 | Allied Health Solutions | ALYSON GAHAGAN |
| A14977 | Alpha Health Advisors LLC | Alpha Health Advisors LLC |
| A26422 | AP Data Solutions LLC | Anthony Percario |
| A76750 | B and P Insurance Group LLC | Paola Williams |
| A11433 | BANC INC | Ben Nicastri |
| A13500 | Celtic Consulting and Management LLC | Jader Lopez |
| A38943 | Champ Marketing, Inc | Abdullah Khalid |
| A14656 | Champ Marketing, Inc. | Abdullah Khalid |
| A19132 | DJ Marketing LLC | Daaniyl Jackson |
| A31184 | East Coast Data & Logistics | Axel Bilbao |
| A44963 | Elite Consumer Marketing LLC | John Mason |
| A82392 | Express Optima Logistics LLC | Anthony Radyn |
| A44377 | First Affinity Health LLC | Madison Bou Nahra |
| A73773 | Future Advisors LLC | Steven Rochard |
| A81948 | Gaza Jerk Boss inc | Ramon Warren |
| A32789 | Genuine Data Solutions LLC | Nathanial Heller |
| A22775 | GLC Insurance LLC | Gloria Coronell |
| A91665 | Global Elite Marketing LLC | Oliver Gonzales |
| A75849 | Global Elite Marketing Solutions LLC | Jennifer Donahue |
| A94835 | Health Care Dudes LLC | Andrew Rudick |
| A11627 | Health Insurance Providers LLC | Devin Brodman |
| A85004 | Health Quotes Marketing Solutions LLC | Theresa Pearson |
| A27287 | Horizon Health Advisors LLC | Mike Fey |
| A85429 | House Account | House Account |
| A12336 | IQ Data Solutions LLC | Shannon Amburgey |
| A92737 | J and J Health Group LLC | Jozell Perez |
| A44562 | JMB Health Marketing Solutions LLC | Jessica Bamberger |
| A46338 | JNMC LLC | Jordyn Miale |
| A12389 | LNS Health Solutions LLC | Shazad Khan |
| A88631 | MAP Health Group LLC | Peter Moore |
| A50085 | MDVC LLC | Marcelo Del Vecchio |
| A71238 | MM Acme, LLC | Ryan McFarland |
| A62752 | Modere & Associates LLC | Joseph White |
| A66741 | Mooch Consulting | Amanda Glass |
| A46190 | MSR Advisors LLC | Sanjay Florexil |
| A28677 | Nationwide Health Solutions LLC | Shazad Khan |
| A19238 | Noble Advertising Group LLC | Lauren Switzer |
| A92972 | Noble Advertising Group LLC | Lauren Switzer |
| A61387 | Northern Health Solutions | Hamesh Khailoo |

| | | |
|---|---|---|
| A43563 | One Alliance Health LLC | Josue Barco |
| A62395 | Optum Holdings LLC | Thomas Puglisi Jr |
| A92516 | Percario LLC | Constance Percario |
| A67751 | Perfect Way Marketing LLC | Stephanie Rochard |
| A42102 | Pinnacle Sales & Marketing LLC | Oliver Gonzales |
| A32414 | Quantum Picks LLC | Faraz Butt |
| A59718 | RNM Advisors LLC | Reyner Soto |
| A23258 | Royal Solutions LLC | Terrell McDonald |
| A97726 | RWRC LLC | Russell Read |
| A60568 | Safesure D and Z LLC | Zurisaidairis Salazar |
| A29555 | Scorch Health Group LLC | Isaac Varon |
| A60725 | SG HEALTH GROUP LLC | Giovanni D'Metayer |
| A42053 | Sommeray LLC | Melissa Sommerville |
| A52774 | Sopheyah Darville | Sopheyah Darville |
| A15199 | The American Dream Health Solutions LLC | Stephanie Rochard |
| A20898 | Top Care Data Solutions LLC | Monica Morin |
| A81337 | Unified State of Health | Megan Crosbie |
| A44744 | Value Owl Marketing LLC | Vincent Castellano |
| A10060 | Vibrant Consulting LLC | Arman Motiwalla |
| A20258 | ACP Marketing & Logistics LLC PMPM | Anthony Parrino |
| A62303 | Allied Health Solutions PMPM | Alyson Gahagan |
| A37802 | Alpha Health Advisors LLC PMPM | Alpha Health Advisors LLC PMPM |
| A47386 | Anthony Bottley PMPM | Anthony Bottley |
| A31312 | AP Data Solutions LLC PMPM | Anthony Percario |
| A98378 | Arman Motiwalla PMPM | Arman Motiwalla |
| A27525 | Constance Percario PMPM | Constance Percario |
| A86354 | DJ Marketing LLC PMPM | Daaniyl Jackson |
| A85825 | Express Optima Logistics LLC PMPM | Anthony Radyn |
| A47921 | First Affinity Health LLC PMPM | Madison Bou Nahra |
| A35606 | Future Advisors LLC PMPM | Steven Rochard |
| A49673 | Genuine Data Solutions LLC PMPM | Nathanial Heller |
| A99860 | Global Elite Marketing Solutions LLC PMPM | Jennifer Donahue |
| A50019 | Health Care Dudes LLC PMPM | Andrew Rudick |
| A35513 | Health Insurance Providers LLC PMPM | Devin Brodman |
| A67581 | IQ Data Solutions LLC PMPM | Shannon Amburgey |
| A17161 | J and J Health Group LLC PMPM | J and J Health Group LLC PMPM |
| A24570 | JMB Health Marketing Solutions LLC PMPM | Jessica Bamberger |
| A82951 | JNMC LLC PMPM | Jordyn Miale |
| A55488 | LNS Health Solutions LLC PMPM | Shazad Khan |
| A79455 | Mooch Consulting PMPM | Amanda Glass PMPM |
| A39838 | Noble Advertising Group LLC PMPM | Lauren Switzer |
| A83176 | Noble Advertising Group LLC PMPM | Lauren Switzer |
| A66150 | Northern Health Solutions PMPM | Hamesh Khailoo |
| A82094 | Optum Holdings LLC PMPM | Thomas Puglisi Jr PMPM |
| A63916 | Pinnacle Sales & Marketing LLC PMPM | Oliver Gonzales |
| A82153 | Quantum Picks LLC PMPM | Faraz Butt |
| A81704 | RNM Advisors LLC PMPM | Reyner Soto |

| | | |
|---|---|---|
| A74572 | Royal Solutions LLC PMPM | Terrell McDonald |
| A57210 | RWRC LLC PMPM | Russell Read |
| A70039 | Scorch Health Group LLC PMPM | Scorch Health Group LLC PMPM |
| A66177 | Sopheyah Darville PMPM | Sopheyah Darville |
| A30927 | Top Care Data Solutions LLC PMPM | Monica Morin |
| A51999 | Value Owl Marketing LLC PMPM | Value Owl Marketing LLC PMPM |
| A55073 | Affinity Health LLC PMPM | David Wint PMPM |
| A12461 | Healthy Data LLC | Robert McCarthy |
| A32111 | Healthy Data LLC PMPM | Healthy Data LLC PMPM |
| A78274 | Rowe Insurance Agency LLC | Kameron Rowe |
| A77197 | Global Advanced Marketing LLC | Christopher Joseph Cavuoto |
| A74015 | Global Advanced Marketing LLC PMPM | Global Advanced Marketing LLC PMPM |
| A80141 | MedHealth Marketing LLC | Christian Quintero |
| A23212 | MedHealth Marketing LLC PMPM | MedHealth Marketing LLC PMPM |
| A60472 | Transcendent Health Solutions | Sakine Guven |
| A58675 | AZNORA Health Solutions LLC | Majid Butt |
| A45817 | Pinnacle Health Solutions LLC | Katherine Procopovich |
| A16887 | Capstone Sales and Marketing LLC | Jennifer Donahue |
| A71914 | High Powered Investment LLC | Nazar Hylton Powell |
| A27745 | Reia and Co LLC | Ralph Calixte |
| A52589 | B and E Operations Inc | Brian Ellis |
| A93364 | Atropine and Associates LLC | Rory Gray |
| A76917 | Better Health Associates LLC | Alissa Burgos |
| A43361 | Axis Health Solutions LLC | Sofia Santucci |
| A91550 | Unlimited Health Advisors LLC | Frantz Albert |
| A40496 | Fifty Three Five Health | Gia Stathas |
| A89283 | Quantum Health Solutions Network LLC | Matthew Bonomo |
| A22626 | Prestige Healthcare Brokers Corp | Ashley Perkins |
| A42472 | 4QS LLC | Jose Melendez |
| A25956 | LuxeGuard LLC | Nicholas Decrisci |
| A65849 | Global Health Insurance LLC | Shanaz Ali |
| A83500 | Quantum Limited LLC | Trevon Grimes |
| A28680 | Sprinter Insurance Agency LLC | Scott Dorrell |
| A99917 | Guarnera Consulting Group LLC | Halie Guarnera |
| A72362 | Destin Marketing | Martin Destin |
| A78985 | Coast 2 Coast Data and Logistics LLC | Anthony Parrino |
| A35277 | United Way Health | Hamesh Khailoo |
| A10004 | RWM Health and Consulting LLC | Melanie Marrero |
| A91509 | Pink Organics LLC | Jahvon Thompson |
| A65258 | RSC Insurance Group LLC | Rani Sullivan |
| A90975 | One Way Marketing LLC | Victor Padilla |
| A20114 | Elite Health Group LLC | Josue Barco |
| A26099 | Insurance Fusion LLC | Vashon Moore |
| A43449 | Apex Drive Sales And Marketing LLC | Emmanuel Lewis |
| A44275 | Noble Advertising Group LLC | Ashley Messer |
| A92222 | RNM ADVISORS LLC | Reyner Soto |
| A88894 | Pro Healthcare Advisors LLC | Teressa Silva |

| | | |
|---|---|---|
| A53361 | Global V Life Insurance LLC | Shanaz Ali |
| A96924 | Cornerstone Insurance Agency LLC | Erick Calixte |
| A71809 | First Option Health Group LLC | Carl Johnson |
| A71529 | Coast 2 Coast Data and Logistics LLC | Anthony Parrino |
| A91823 | Health Care Dudes LLC | Andrew Rudick |
| A17302 | G1 Health Group LLC | Erick Ruiz |

| Agency ID | Agency Name | Principal Agent |
|---|---|---|
| A86792 | Platinum Care of America | Wilfred Pena |
| A71527 | Nu Life Health | Arman Motiwalla |
| A95236 | Top Tier Health Insurance Agency Inc | Kendall Robinson |
| A63911 | Trinity Health Insurance Agency, Inc | Nancy Lormand |
| A46013 | Instaquote LLC | Shannon Amburgey |
| A28830 | American Way Health LLC | Anthony Bottley |
| A25495 | One Call Health Enrollment Group | Jonathan  Wall |
| A63567 | Value Healthcare Insurance Agency Inc | Felecia Nairne-Woozencroft |
| A77834 | Titan Coverage Protection LLC | Sean Callahan |
| A15762 | Better Health Associates LLC | Daaniyl Jackson |
| A74652 | Gold Standard Health LLC | Emily Quesada |
| A17697 | AP Insurance Advisors LLC | Andrew Percario |
| A93273 | Supreme Insurance Solutions LLC | Axel Bilbao |
| A44790 | Exclusive Insurance Partners LLC | Kevins Emilcar |
| A67196 | Paramount Health | Faraz Butt |
| A86009 | Liberty Wellness | Waleed Butt |
| A56497 | Platinum Care Of America | Jeffrey Rodriguez |
| A50862 | Monumental Health LLC | Marcelo Del Vecchio |
| A55941 | Millennial Health LLC | Russell Read |
| A58689 | Alternative Health Solutions LLC | Shazad Khan |
| A70403 | The American Dream Health Solutions LLC | Stephanie Rochard |
| A24938 | Priority One Health LLC | Christopher Makulik |
| A341563 | AP Hawkins | Octavious Hawkins |
| A94606 | Your Health Quote | Michael Macchia |
| A77428 | Garland Financial Group LLC | Steven Jativa |
| A50347 | Universal Health Options | Jeffrey Abad |
| A10744 | Uniform Health LLC | Dustin Donahue |
| A87862 | AA Health Advisors LLC | Andrew Rudick |
| A31050 | Perfect Health Insurance Agency Inc | Norma Roberson |
| A15725 | MSR Health LLC | Terri Kramp |
| A62132 | Worldwide United Healthcare LLC | Emily Payne |
| A88027 | Technology IQ | Jeremy Barnett |
| A99000 | Tier One Health Solutions LLC | Kearstan Mauck |
| A27417 | ChoiceOne Health Insurance Agency Inc | Ryan Chadderton |
| A98076 | American Health Options LLC | Michael Landis |
| A86937 | AFC Health Group LLC | Peter Moore |
| A86569 | Total Insurance Solutions | Hunter Mackey |
| A74227 | KH Advisors LLC | Houston Ford |
| A87606 | American Health Options LLC | Michael Landis |
| A43586 | Best Healthcare Options Insurance Agency LLC | Jason St Claire |
| A38041 | Longspur Health LLC | Grant Maier |
| A55549 | Assurity Health Insurance Agency, LLC | Nora Lewis |
| A16243 | Independent Health Solutions LLC | Karl Heine |
| A563336 | Trisha Perez | Trisha Perez |
| A45861 | Natalie  Mendez | Natalie  Mendez |

| | | |
|---|---|---|
| A31108 | John Avitto | John Avitto |
| A80493 | S&M Marketing Associates LLC | Markaila Gordon |
| A41275 | Jamal Shuman | Jamal Shuman |
| A49245 | Health Vault LLC | Vanessa Quintanilla |
| A79474 | ALM Health Group | Lauren Switzer |
| A46258 | Priority Health Solutions | Brian Brown |
| A65081 | Advanced Health Group | Terri Kramp |
| A546250 | Slayed Properties Inc | Jubran Abdulaziz |
| A47607 | Legacy Insurance Advisors | Brittany Pratt |
| A56118 | SAMUEL VELAZQUEZ | Samuel  Velazquez |
| A95306 | VMCCONSULTING LLC | Vincent Castellano |
| A81259 | Compass Health Advisors | Ethan Russell |
| A334409 | Insurance Care Now | Witfield Jean Baptisie |
| A552978 | Grouper Media | Vincent Bellezza |
| A29749 | Coastal Marketing Advisors LLC | Brittany Corr |
| A335600 | Direct Health LLC | Alec Buico |
| A82892 | Health First Solutions | Daniel Dayan |
| A86399 | James Elder | James Elder |
| A80228 | Leon Martin | Leon Martin |
| A85429 | Ensurance Health Insurance Agency | Charles Donisi |
| A551332 | American Health Solutions LLC | Michael Macchia |
| A13646 | Infinity Insurance Advisors LLC | Nicholas Chimera |
| A85760 | ChoiceOne Health Insurance Agency Inc | Ryan Chadderton |
| A93025 | ADG INNOVATIONS LLC | AMANDA GLASS |
| A542223 | Seni Sok | Seni Sok |
| A555766 | Aly G's Empire LLC | Alyson Gahagan |
| A549989 | Horizon Health Solutions LLC | Leah Fey |
| A90665 | Worldwide United Healthcare LLC | Emily Payne |
| A76669 | Octavious Hawkins | Octavious Hawkins |
| A562982 | Superior Health Group LLC | Anthony Parrino |
| A559623 | Prosperity Health LLC | Ahmed Shokry |
| A39436 | LSC Advisors LLC | Lauren Switzer |
| A31033 | Titan Coverage Protection LLC | Sean Callahan |
| A80394 | Longspur Health LLC | Grant Maier |
| A75407 | MAP Insurance Agency LLC | Peter Moore |
| A78429 | Wilfred Pena | Wilfred Pena |
| A63131 | Jose Melendez | Jose Melendez |
| A28297 | Platinum Care Of America | Jeffrey Rodrigez |
| A66501 | Amk Health Insurance Agency LLC | Katherine Procopovich |
| A40083 | Alternative Health Solutions LLC | Shazad Khan |
| A61650 | St Insurance Agency | Megan Crosbie |
| A69805 | Josue Barco | Josue Barco |
| A82722 | Chentel Garcia | Chentel Garcia |
| A67761 | ACP Marketing and Logistics LLC | Anthony Parrino |
| A93444 | Anesha Jackson | Anesha Jackson |
| A36167 | LSC Advisors LLC | Lauren Switzer |
| A36134 | K and A Insurance Agency | Kierra Flood |

| | | |
|---|---|---|
| A80755 | Aly G's Empire LLC | Alyson Gahagan |
| A58044 | Worldwide United Healthcare LLC | Emily Maher |
| A81776 | Tier One Health Solutions LLC | Kearstan Mauck |
| A57230 | Daniel Forney | Daniel Forney |
| A79044 | Instaquote LLC | Shannon Amburgey |
| A96341 | Alpha Health Advisors | Vanesa Quintanilla |
| A33552 | Carl Donovan Johnson | Carl Donovan Johnson |
| A41991 | Your Health Quote LLC | Michael Macchia |
| A82333 | Health Insurance Market Advisor | Marilin Marrero |
| A32067 | Woodbridge Health | Robert Goldstein |
| A33624 | DU PrimeHealth Insurances | Sebaston Barrett |
| A68368 | Fils Aimer Joseph | Fils Aimer Joseph |
| A90540 | Ashley Thomas | Ashley Thomas |
| A39540 | United US Agency LLC | Brian Burkell |

| Agency ID | Agency Name | Principal Agent |
|---|---|---|
| A90307 | Our Shepherd LLC | Brendan Applegate |
| A55118 | Our Shepherd LLC MKT | Brendan Applegate |
| A47724 | Good Samaritan Solutions LLC | Michael Macchia |
| A93296 | Good Samaritan Solutions LLC MKT | Good Samaritan Solutions LLC MKT |
| A89312 | Golden Gates of Salvation LLC | Ahmed Shokry |
| A69593 | Golden Gates of Salvation LLC MKT | Ahmed Shokry |
| A24441 | Divine Pastures LLC | Anthony Parrino |
| A91228 | Divine Pastures LLC MKT | Anthony Parrino |
| A76846 | Eternal Salvation LLC | Arman Motiwalla |
| A47896 | Eternal Salvation LLC MKT | Arman Motiwalla |
| A24426 | D&L ADVISORS LLC | Lauren Switzer |
| A28162 | D&L ADVISORS LLC MKT | Lauren Switzer |
| A99952 | WHITE DOVE LLC | Jader Lopez |
| A64745 | WHITE DOVE LLC MKT | Jader Lopez |
| A32941 | St Francis Health Assurance LLC | Slava Morgenstein |
| A13520 | St Francis Health Assurance LLC MKT | Slava Morgenstein |
| A71060 | Mooch Consulting | Amanda Glass |
| A47501 | Mooch Consulting MKT | Amanda Glass |
| A63622 | Champ Marketing, Inc. | Abdullah Khalid |
| A43335 | Champ Marketing, Inc MKT | Abdullah Khalid |
| A77459 | AP Hawkins Security LLC MKT | Octavious Hawkins |
| A89981 | Deluxe Marketing and associates LLC | Jesse Payne |
| A62457 | Deluxe Marketing and Associates MKT | Jesse Payne |
| A23857 | Aarsin Investments | Jonathan Wall |
| A30754 | Aarsin Investments MKT | Jonathan Wall |
| A86852 | AP Hawkins Security LLC | Octavious Hawkins |
| A59315 | Smart Choice Health | Amir Albassam |
| A42189 | Smart Choice Health MKT | Amir Albassam |
| A56765 | Chapel Health LLC | Stanley Nacht |
| A57703 | Chapel Health LLC MKT | Stanley Nacht |
| A63998 | Liberty Calvary LLC | Waleed Butt |
| A90047 | Liberty Calvary LLC MKT | Waleed Butt |
| A89270 | Creator Consulting LLC | Jacqueline Lee |
| A68842 | Creator Consulting LLC MKT | Jacqueline Lee |
| A21937 | Elite One Health, Inc. | Bilal Saeed |
| A56095 | Elite One Health, Inc MKT | Bilal Saeed |
| A22259 | Righteous Solutions LLC | Anthony Radyn |
| A29747 | Righteous Solutions LLC MKT | Anthony Rayden |
| A18840 | Your Healthcare Connection LLC MKT | Your Healthcare Connection LLC MKT |
| A31560 | Our Ministry Plans LLC | Anthony Bottley |
| A38385 | Our Ministry Plans LLC MKT | Anthony Bottley |
| A11991 | Your Healthcare Connection, LLC | Brandon Bowsky |
| A67818 | John Lee Advisors LLC | Houston Ford |
| A28049 | John Lee Advisors LLC MKT | Houston Ford |
| A89042 | Costal Marketing LLC | Brittany Corr |

| | | |
|---|---|---|
| A72830 | Costal Marketing LLC MKT | Brittany Corr |
| A38591 | Millennium Calvary LLC | Juan Gonzalez |
| A78971 | Millennium Calvary LLC MKT | Juan Gonzalez |
| A34005 | NMG Enterprises Corp LLC | Markaila Gordon |
| A32024 | NMG Enterprises Corp LLC MKT | Markaila Gordon |
| A62381 | Capable Consulting | Dustin Donahue |
| A77839 | Capable Consulting MKT | Dustin Donahue |
| A48159 | NSH Marketing Group LLC | Nathanial Heller |
| A71181 | NSH Marketing Group LLC MKT | Nathanial Heller |
| A18300 | Golden Gates of Salvation LLC | Ahmed Shokry |
| A50360 | Golden Gates of Salvation LLC 4MKT | Ahmed Shokry |
| A11569 | MEM Marketing Group LLC | Axel Bilbao |
| A80221 | MEM Marketing Group LLC MKT | Axel Bilbao |
| A67042 | National Consulting Services LLC | Emily Quesada |
| A51999 | National Consulting Services LLC MKT | Emily Quesada |
| A99948 | Righteous Belief Care LLC | Christopher Malkulik |
| A65399 | Righteous Belief Care LLC MKT | Christopher Malkulik |
| A38030 | Trinity Insurance Partners LLC | Matthew Gernstadt |
| A74777 | Trinity Insurance Partners LLC MKT | Matthew Gernstadt |
| A82923 | DJ Marketing LLC | Daaniyl Jackson |
| A16857 | DJ Marketing LLC MKT | Daaniyl Jackson |
| A21720 | Optum Holdings LLC | Thomas Puglisi |
| A70773 | Optum Holdings LLC | Thomas Puglisi |
| A96390 | AP Marketing Partners LLC | Anthony Percario |
| A88865 | AP Marketing Partners LLC MKT | Anthony Percario |

| Agency ID | Agency Name | Name Company | Contact | Parent |
|---|---|---|---|---|
| 334385 | Capital Health Advisors | Capital Health Advisors | Mario Callejas Jr. | National Individual Insurance Agency LLC 331402 |
| 334386 | Tavere Johnson | Modern Source | Tavere Johnson | National Individual Insurance Agency LLC 331402 |
| 334389 | National Plan Advisors | National Plan Advisors | Jeffrey Franzoni | National Individual Insurance Agency LLC 331402 |
| 334393 | Advance Benefit Group | Advance Benefit Group | Mario Callejas | National Individual Insurance Agency LLC 331402 |
| 334409 | Insurance Care Now | Insurance Care Now | Witfield Jean Baptisie | The HIC Group (Seni Sok) 542223 |
| 334412 | Great Health Choice | Great Health Choice | Andres Suarez | The HIC Group (Seni Sok) 542223 |
| 335600 | Direct Health LLC | Direct Health LLC | Alec Buico | National Individual Insurance Agency LLC 331402 |
| 336887 | Health First Solutions | Health First Solutions | Daniel Dayan | National Individual Insurance Agency LLC 331402 |
| 341580 | Martin Carter | National Individual Insurance Agency LLC | Martin Carter | Tavere Johnson 334386 |
| 341583 | Vincent Bellezza | Grouper Media | Vincent Bellezza | Advance Benefit Group 334393 |
| 341916 | Yousuf Syed | Enrollment 123 INC | Yousuf Syed | National Individual Insurance Agency LLC 331402 |
| 349250 | Matthew Panzer | Priority Insurance | Matthew Panzer | Sam Llanes 349226 |
| 349285 | Top Healthcare Options Insurance Agency | | Tiffanie Gonzalez | Corey Tiger 336313 |
| 349304 | Abdullah Khalid | Premium Marketing | Abdullah Khalid | Enrollment 123 INC 341916 |
| 349318 | Jessica Rodriguez | | Jessica Rodriguez | Anthony Maresca 349317 |
| 349324 | George Gemmell | | George Gemmell | Anthony Maresca 349317 |
| 349338 | Angela Garcia | LG Marketing Inc | Angela Garcia | Anthony Maresca 349317 |
| 349345 | Larry Dearman | Priority Insurance | Larry Dearman | Sam Llanes 349226 |
| 354474 | Health Benefits Direct LLC | Health Benefits Direct LLC | Mario Soto | Pinnacle Consulting Group 349323 |
| 354477 | Kareem Mclean | Intelecare Inc | Kareem Mclean | National Individual Insurance Agency LLC 331402 |
| 354487 | Leon Martin | O Health Group | Scott Shapiro | National Individual Insurance Agency LLC 331402 |
| 354488 | Carl Johnson | | Carl Johnson | Anthony Maresca 349317 |
| 354489 | Jennifer White | Nationwide Health Brokers | Jennifer White | Enrollment 123 INC 341916 |
| 354509 | Ralph Castillio | Empire Health Solutions | Ralph Castillo | Top Healthcare Options Insurance Agency 349285 |
| 355425 | Insurance For All Insurance Agency | Insurance For All Insurance Agency | Mark Schneider | Direct Health LLC 335600 |
| 358903 | Vanessa Osorio-Bedoya | Modern Source | Vanessa Osorio-Bedoya | Tavere Johnson 334386 |
| 360169 | Number One Health Insurance Agency Inc | Number One Health Insurance Agency Inc | Brandon Bowsky | National Individual Insurance Agency LLC 331402 |
| 334223 | America's Health Advisors | America's Health Advisors | Charles Donisi | National Individual Insurance Agency LLC 331402 |
| 354486 | Tausief Mohamed | | Tausief Mohamed | Anthony Maresca 349317 |
| 355435 | Normand Guillaume | Direct Health | Normand Guillaume | Direct Health LLC 335600 |
| 358290 | Atalie Bruna | | Atalie Bruna | Shonnell Sinclair 356454 |
| 361369 | Platinum Health Advisors | Platinum Health Advisors | Anthony Parrino | Direct Health LLC 335600 |
| 362744 | Trinity Health Options Inc. | Trinity Health Options Inc | Michael Digioia | Direct Health LLC 335600 |
| 363090 | Pioneer Health Associates | Pioneer Health Associates | Rudolph Rice | Direct Health LLC 335600 |
| 363745 | Mohammed Jangda | DUW Marketing LLC | Mohammed Jangda | Enrollment 123 INC 341916 |
| 361155 | Lovell McKail | Premier Healthcare Brokers | Lovell McKail | Enrollment 123 INC 341916 |
| 360130 | Oneal Holland | Best healthcare Insurance Inc | Oneal Holland | Enrollment 123 INC 341916 |
| 363956 | Loraine Harpaul | | Loraine Harpaul | Tavere Johnson 334386 |
| 364012 | American Health Care Advisors LLC | American Health Care Advisors LLC | | Direct Health LLC 335600 |
| 338168 | Gerson Petigny | Modern Source | Gerson Petigny | Tavere Johnson 334386 |
| 365060 | Felix Martin II | WISAS Marketing LLC | Felix Martin II | Enrollment 123 INC 341916 |
| 366545 | Donovan Williams | | Donovan Williams | O Health Group (Leon Martin) 354487 |
| 334375 | Yvonne Fidure | Innovative Insurance | Yvonne Fidure | National Individual Insurance Agency LLC 331402 |
| 334431 | John Retureta | Health Benefits Advisors | John Retureta | Coverage One Insurance Group 334390 |
| 341532 | MarketCentric Inc | MarketCentric Inc | Brandon Diggs | Innovative Insurance 334375 |
| 341563 | Octavious Hawkins | PAM - AP Hawkins Insurance Inc | Octavious Hawkins | National Individual Insurance Agency LLC 331402 |
| 353553 | Global Leads | Global Leads | Angela Mirabella | Gregory Curtis 334378 |
| 354516 | Tri-Star Insurance Services LLC | Tri-Star Insurance Services LLC | Maria Braceros | MarketCentric Inc 341532 |
| 542571 | Analisa Johnston | | Analisa Johnston | O Health Group (Leon Martin) 354487 |
| 542223 | The HIC Group (Seni Sok) | Seni Sok | Seni Sok | The HIC Group 334376 |
| 542231 | Interstate Brokers of America | Interstate Brokers of America | Michelle Robbins | National Individual Insurance Agency LLC 331402 |
| 542667 | Brian Chu | Nova Marketing Group | Brian Chu | National Individual Insurance Agency LLC 331402 |
| 542672 | Chung im Choi | | Chung im Choi | Brian Chu 542667 |
| 542674 | Ming Chen Wang | C & M Enterprise | Ming Chen Wang | Chung im Choi 542672 |
| 542675 | Yung Soo Cho | Joy Young LLC | Yung Soo Cho | Brian Chu 542667 |
| 542676 | Karan Park | | Karan Park | Ming Chen Wang 542674 |
| 542680 | Miyoung Kim | C & M Enterprise | Miyoung Kim | Ming Chen Wang 542674 |
| 542703 | Yoon Choi | | Yoon Choi | Miyoung Kim 542680 |
| 542673 | Suzie Park | | Suzie Park | Brian Chu 542667 |
| 542677 | Haejung Hong | | Haejung Hong | Ming Chen Wang 542674 |
| 542678 | Chuck Kim | KLC Global Solutions INC | Chuck Kim | Suzie Park 542673 |
| 542683 | Samuel Gouh | | Samuel Gouh | Chuck Kim 542678 |
| 542685 | Sun Hee Lee | | Sun Hee Lee | Yung Soo Cho 542675 |
| 542697 | Yon Chung | | Yon Chung | Haejung Hong 542677 |
| 542700 | Kathy Kim | | Kathy Kim | Haejung Hong 542677 |
| 542710 | Kum Hwi Pak | | Kum Hwi Pak | Kathy Kim 542700 |
| 542901 | Joo Han Kang | | Joo Han Kang | Ming Chen Wang 542674 |
| 545334 | Seung Young Yoon | | Seung Young Yoon | Karan Park 542676 |
| 542681 | Soo Chung | | Soo Chung | Yung Soo Cho 542675 |
| 542695 | Chaekyoung Park | | Chaekyoung Park | Soo Chung 542681 |
| 542704 | Yeon Suh | | Yeon Suh | Miyoung Kim 542680 |
| 542986 | Mi Sook Ka | | Mi Sook Ka | Haejung Hong 542677 |
| 542690 | Seung Lee | | Seung Lee | Haejung Hong 542677 |
| 542705 | YunHee An | | YunHee An | Ming Chen Wang 542674 |
| 546355 | Xian Ji Li | | Xian JiLi | Seung Lee 542690 |
| 548605 | Natalie Mendez | Natalie Mendez | Natalie Mendez | O Health Group (Leon Martin) 354487 |
| 548865 | Katherine Yun | C & M Enterprise | Katherine Yun | Ming Chen Wang 542674 |
| 549386 | Jang Woo Whi | C & M Enterprise | Jang WooWhi | Miyoung Kim 542680 |
| 334423 | Liberty Health Solutions | Liberty Health Solutions | Enrique Burgos | Great Health Choice 334412 |
| 546250 | Jubran Abdulaziz | Slayed Properties Inc | Jubran Abdulaziz | National Individual Insurance Agency LLC 331402 |
| 548136 | Shennel Tomlinson | | Shennel Tomlinson | Tavere Johnson 334386 |
| 549213 | Felix Martin | Felix Martin | Felix Martin | Great Health Choice 334412 |
| 549807 | Robert Goldstein | | Robert Goldstein | O Health Group (Leon Martin) 354487 |
| 549989 | Horizon Health Advisors | Horizon Health Solutions LLC | | Direct Health LLC 335600 |
| 550838 | Single Call Health | Single Call Health | Brandon Bowsky | National Individual Insurance Agency LLC 331402 |

| | | | | |
|---|---|---|---|---|
| 542688 | Hwi Nam Lee | Leone Inc. | Hwi Nam Lee | Brian Chu 542667 |
| 542711 | Hyang Suk Chann | | Hyang Suk Chann | Miyoung Kim 542680 |
| 551332 | American Health Solutions LLC | American Health Solutions LLC | Michael Macchia | Direct Health LLC 335600 |
| 551995 | Duc Son Na | C & M Enterprise | Duc Son Na | Ming Chen Wang 542674 |
| 542699 | Mary Seo | SSOMEO LLC | Mary Seo | Haejung Hong 542677 |
| 542706 | Eileen Kim | | Eileen Kim | Yon Chung 542697 |
| 550803 | Ramon Warren | | Ramon Warren | Enrollment 123 INC 341916 |
| 552978 | Vincent Bellezza | Grouper Media | Vincent Bellezza | National Individual Insurance Agency LLC 331402 |
| 552493 | Demetrios Arvanites | Modern Source | Demetrios Arvanites | Tavere Johnson 334386 |
| 550273 | Erick Calixte | | Erick Calixte | Direct Health LLC 335600 |
| 555766 | Secure Health Enterprise LLC | Secure Health Enterprise LLC | Alyson Gahagan | Direct Health LLC 335600 |
| 542692 | Kyoung Lee | | Kyoung Lee | Haejung Hong 542677 |
| 334398 | Tiffany Richards | Tiffany Richards | Tiffany Richards | Tavere Johnson 334386 |
| 559587 | Karen Krok | Karen Krok | Karen Krok | The HIC Group (Seni Sok) 542223 |
| 561565 | Vital One Health Solutions LLC | Vital One Health Solutions LLC | Vincent Castellano Jr. | Prosperity Health LLC 559623 |
| 560004 | Ysmael Sandoval | HIEG Partners LLC | Ysmael Sandoval | Prosperity Health LLC 559623 |
| 562982 | Superior Health Group LLC | Superior Health Group LLC | Anthony Parrino | Prosperity Health LLC 559623 |
| 563680 | Health First Insurance Agency | Health First Insurance Agency | Jonathan Massa | Single Call Health 550838 |
| 563336 | Trisha Perez | Trisha Perez | Trisha Perez | O Health Group (Leon Martin) 354487 |
| 565290 | Best Health Options Insurance Agency Inc | Best Health Options Insurance Agency Inc | Laura Hess | Single Call Health 550838 |
| 566326 | Brandon Bowsky | | | |
| 565487 | Ryan Chadderton | ChoiceOne Health Insurance Agency Inc | Ryan Chadderton | |
| 565530 | Teresa L. McWilliams | Complete Health Options Insurance Agency LLC | Mrs.Teresa LMcWilliams | |
| 562642 | Heather Agnew | Insuring U | Heather Agnew | |
| 565282 | Steven Corona | Insure Hippo | Steven ACorona | |
| 569872 | ALM Health Group | ALM Health Group | Lauren Switzer | |
| 542682 | Euijung Lee | | Euijung Lee | |
| 558809 | Easy Quote Health Insurance Agency Inc | Easy Quote Health Insurance Agency Inc | Brandon Bowsky | |
| 572404 | Worldwide United Healthcare LLC | Worldwide United Healthcare LLC | Emily APayne | |
| 575229 | American Health Options LLC | American Health Options LLC | Mr.Michael Landis | |
| 559623 | Prosperity Health LLC | Prosperity Health LLC | Ahmed Shokry | |
| 575830 | John Avitto | Efficiency Health | John Avitto | |