# EXHIBIT 1

## BERG AFFIRMATION

8/7/2019 10:36 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 35758537
By: Joshua Bovell
Filed: 8/7/2019 10:36 AM

P-4
TRORX
STBNX
CASO.

**CAUSE NO. 201953545**

| | | |
|---|---|---|
| **INSURETY CAPITAL LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AMERICAN WORKERS INSURANCE SERVICES, INC., AND ASSOCIATION HEALTH CARE MANAGEMENT, INC.,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **IN THE DISTRICT COURT OF**<br><br>**HARRIS COUNTY, TEXAS**<br><br>**215th JUDICIAL DISTRICT** |

**TEMPORARY RESTRAINING ORDER**

On this day, the Court considered Plaintiff Insurety Capital, LLC's ("Insurety") Verified Original Petition and Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction ("Petition") against Defendants American Workers Insurance Services, Inc. ("AWIS"), and Association Health Care Management, Inc. ("AHCM"). After reviewing the application and the statements provided by Insurety, the Court finds that it clearly appears from the facts set forth in the Petition that unless the Defendants are immediately restrained, imminent and irreparable harm will result to Insurety.

Although Defendants deny the allegations in the Petition, it clearly appears based on the specific facts recited in the Petition that if the Defendants are not enjoined and restrained from (a) using Insurety's property in any manner that violates their Agreements with Insurety or violates their obligations under Texas law, (b) executing commission advancement agreements (or like agreements), but not other agreements, with any of Insurety's competitors, (c) twisting



733206610.1 6-Aug-19 16 25

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

policyholders, and (d) otherwise violating Texas law or existing obligations under the Agreements, funds and assets rightfully owed to Insurety will be diminished and uncollectable. This will deprive Insurety of any meaningful opportunity to receive its bargained-for consideration under its Agreements with AWIS and AHCM and possibly injure individual policyholders.

Insurety will suffer immediate and irreparable injury, loss, or damage before notice can be served and a hearing had on the temporary injunction, because each day that passes further increases Insurety's damages, and each day that passes substantially increases the risk that Insurety will not have any meaningful opportunity to recover its property and its fees from Defendants. Furthermore, Insurety has no adequate legal remedy for these harms. The Court finds that it should maintain the status quo and protect Insurety from irreparable injury by entering a temporary restraining order against the Defendants.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Insurety's Application for a Temporary Restraining Order is GRANTED, and the Court herein orders the immediate issuance of this TEMPORARY RESTRAINING ORDER.

IT IS FURTHER ORDERED that AWIS, AHCM, and their principals, owners, independent contractors, agents, servants, employees, attorneys, and those in active concert and participation with them or with actual knowledge of this Order are hereby immediately RESTRAINED and ENJOINED from:

a) using Insurety's property in any manner that violates their Agreements with Insurety or violates their obligations under Texas law;
b) executing agreements for the advancement of insurance commissions (or like agreements), but not other agreements, with any of Insurety's competitors;
c) twisting policyholders; and

d) otherwise violating ~~Texas law or~~ existing obligations under the Agreements.

IT IS FURTHER ORDERED that unless terminated earlier by this Court, this Temporary Restraining Order shall expire fourteen (14) days from the date and hour of signing, unless within this time limit the Court extends the effectiveness of this Order in compliance with applicable law or it is extended by agreement of the parties.

IT IS FURTHER ORDERED that the Defendants shall appear before the District Court of Harris County, Texas, on the 13th day of August, 2019, at 10:30 o'clock A.m. to show cause, if any, why they should not be temporarily enjoined as requested by Insurety.

IT IS FURTHER ORDERED that this Temporary Restraining Order is binding on the Defendants and their respective principals, owners, independent contractors, agents, servants, employees, attorneys, and those persons or entities in concert or participation with them who receive actual notice of this Order by personal service, notice by telephone (whether to the party or their attorney), fax, e-mail, or otherwise.

IT IS FURTHER ORDERED that this Temporary Restraining Order shall be effective upon Insurety executing and filing with the Court a bond in conformity with the law, or a cash deposit in lieu thereof, in the amount of $5,000.

Signed on this 7th day of August, 2019, at 11:17 o'clock a.m.

Grant Dorfman

PRESIDING JUDGE, Ancillary



733206610 1 6-Aug-19 16:25