# EXHIBIT 2

## BERG AFFIRMATION

8/29/2019 9:48 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 36379916
By: Joshua Bovell
Filed: 8/29/2019 9:48 AM

Pgs-4

SANCX
MCONX

**CAUSE NO. 201953545**

| | | |
|---|---|---|
| **INSURETY CAPITAL LLC,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| **v.** | § | |
| **AMERICAN WORKERS INSURANCE SERVICES, INC., AND ASSOCIATION HEALTH CARE MANAGEMENT, INC.,** | § | **HARRIS COUNTY, TEXAS** |
| **Defendants.** | § | **215th JUDICIAL DISTRICT** |

**[PROPOSED ORDER] ORDER HOLDING DEFENDANTS IN CONTEMPT AND GRANTING RULE 11 SANCTIONS**

On this day came on to be heard and considered Plaintiff Insurety Capital, LLC, filed this motion to hold Defendants American Workers Insurance Services, Inc. ("AWIS"), Association Health Care Management, Inc. ("AHCM") in contempt for violation of the Temporary Restraining Order entered in this case on August 7, 2019, and to sanction Defendants for violating the Rule 11 Agreement entered between the parties on August 22, 2019.

After examining all the pleadings and hearing the evidence and arguments of counsel, the Court finds and now holds that this Court has jurisdiction of this proceeding; that the Motion to Show Cause is in all respects proper and sufficient; that AWIS and AHCM were afforded due and proper notice of the contempt proceedings and the August 7, 2019 Temporary Restraining Order, which in relevant part, restrained and enjoined Defendants from:

a) using Insurety's property in any manner that violates their Agreements with Insurety or violates their obligations under Texas law; and

b) otherwise violating existing obligations under the Agreements.

The Court finds that while the Temporary Restraining Order was in full force and effect, AWIS and AHCM knowingly and intentionally violated the terms of the Temporary Restraining Order and are guilty of violating the Temporary Restraining Order in the following particulars:

a) AWIS and AHCM failed to issue the monthly Collection Reports mandated by the Agreements;

b) AWIS and AHCM failed to make the monthly payment for July 2019 collectibles to Insurety as required by the Agreements; and

c) AWIS and AHCM failed to comply with their inspection obligations under the Agreements.

The Court also finds that the parties had a valid and binding Rule 11 Agreement, which, in relevant part, contained a covenant from the Defendants that the Plaintiff would be able to inspect specifically requested records in person on August 23, 2019. The Court finds that Defendants violated said covenant.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that AWIS and AHCM are in contempt of this Court for violating the temporary restraining order of August 7, 2019 in each of the following particulars:

a) AWIS and AHCM failed to issue the monthly Collection Reports mandated by the Agreements,

b) AWIS and AHCM failed to make the monthly payment for July 2019 collectibles to Insurety, and

c) AWIS and AHCM failed to comply with their inspection obligations as required by the Agreements and pursuant to the Temporary Restraining Order.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that Defendants violated their Rule 11 Agreement by failing to provide requested records to Plaintiff after Defendants agreed to do so.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that that the following punishment is imposed on AWIS and AHCM to both (a) purge their contempt and (b) sanction their misconduct for violating their Rule 11 Agreement:

a. AWIS and AHCM shall make the monthly payment for July 2019 collectibles to Insurety in the amount of $2,316,709.64, including interest calculated at the post-judgment interest rate from August 15, 2019;

b. AWIS and AHCM shall pay to the registry of the Court a daily fine of $100 until the payment for the July 2019 Collectibles to Insurety has been satisfied;

c. AWIS and AHCM shall pay all costs of this proceeding and costs of Insurety's August 23, 2019 inspection, including reasonable attorney's fees;

d. AWIS and AHCM are ordered to produce the requested records as specified in the Parties' Rule 11 Agreement (Insurety's August 20, 2019 Letter and Defendants' August 22, 2019 Letter);

e. AWIS and AHCM shall immediately (within 24 hours) produce to Insurety their financial records containing information from May 2019 to the present, including, but not limited to, their:

    a. Company financial statements and records, including but not limited to general ledger information;

b. Cleared checks and/or check stubs;

c. Electronic and paper bank records, including but not limited to deposit slips and like documents, account transfer records and like documents, ACH transactions, incoming and outgoing wire records, and check deposit records; and

d. All other information requested in the Parties' Rule 11 Agreement.

f. AWIS and AHCM shall immediately produce an affidavit listing all banks where they have bank accounts, and identifying information for each bank account.

IT IS FURTHER ORDERED that AWIS and AHCM continue to comply with the terms of this Court's August 7, 2019 Temporary Restraining Order as to restraints listed in that Order until the Order's expiration.

Signed on this ____ day of August, 2019 at ______ o'clock ___.m.

Signed:
9/3/2019
8:33 AM

Hon. Elaine Palmer