# EXHIBIT 1

## CHANDIK AFFIDAVIT

# 2023.08.18 - Alex Hartelust

Tuesday, August 15, 2023 11:42 AM

**Participants:**

- Alex Hartelust, Mike Sullivan

**Agenda:**

- **Does 10:30am EST or after 1:30pm EST work for the semiweekly calls?**
- **Sent HSG policy list 10pm Thurs (8/17)**
- Service Fee Audit recon
- Email batch -
  - only deficit reconciliation / wire amts for weekly funding amounts // a few duplicate emails in there
  - No mid-month payments appear to be in there
- Vasant request - recon for tying out discrepancies between Transaction Actuals vs Weekly Funding Reports
- PMPM advances in Blackhawk previously - Titan Coverage Protection LLC PMPM in July 2022 Debit Balance and Renewals report
- What is Health Share agency duplicate names with "- MKT" on the end?
- In "Aug 2022 PHS_BH Renewals - Debit Balances" report - the BH Renewals category has Vincent Bellezza (Grouper Media) is a line item for what? How is this different from the other payments for mid-month?
- Balance by agency - report
- DATABASE:
  - Dashboard to be live by Thurs
  - Database access - Alex to verify if 2 people can sign in - *8/17 call with Sully et al*
  - Only shows AP book?
- 8/17/2023 call with Sully et al:
  - Alex to provide who controls Agencies & downlines in our book
- 8/15/2023 call with Sully et al:
  - DC and Alex to confirm asset mix & commission above advance - *can we segregate commission above advance*
  - *DC to set regular calls with Alex*
- *DC email to Sully 4/30/2023:*
  - Alex was to share Persistency Analyses by Product Type
  - How chargebacks are handled if agency stops writing new business - Cory was to look into
- Health Share has Earned Out - shouldn't be there because receive Commission Income in perpetuity? *Alex was to check this per 8/15 call with Sully et al*

*Monday email (8/14/2023) 5:04pm*

- Batch of reporting emails sent to CJ
- Calculation/analysis on $220k sent to AP Deal 1 this Monday (8/14/2023)

*Friday email (8/11/2023) 4:26pm*

- Ability to download data on portals – *Alex to ask Randee for entitlements*
- Ability to view & download Alex's advance report – *originally created 2yrs+ ago*
- **Service Fee Audit Recon analysis** to David & Vasant – *originally emailed to Stew & Andrew*
- Reporting sent to CJ – original emails with attachments – *"batched" set of reporting emails sent to CJ per discussion in Houston on Aug. 3rd*
- Debit Balance & Renewals reporting since inception so that Adv Plus can accurately capture non-weekly pmts
- Confirmation that agent PMPM advances are being / will be paid re where in weekly funding reports that would show up (i.e. P2+, Service Fees, etc.)

If you could send us the Service Fee Audit Recon analysis off the bat that would be hugely helpful.

- Are the online databases only AP policies?

## CALL NOTES

**HSG single policies:**

- Policy ID would be more helpful in identifying
- This is enough to start

**Service Fee Audit recon:**

- Sending DC last version he has
- Hasn't had a chance to catch up with Randee
- There is a part 1 and a part 2

**Batch of emails Cory had sent to CJ:**

- *Alex sent to DC on 8/16*
- DC - doesn't include mid-month pmts as Alex had suggested on call with Alan/Sully et al
- Alex - Randee working on getting all this backfilled for us
- DC requests to be cc'd on the email distribution list from Randee as she creates these going forward

**Database:**

- Had call with COO this morning on this
- Need to loop in development team
- Alex misunderstood how entitlements are unlocked - apparently not as easy as clicking a button - requires work from Dev team
- Dev team would have to go in there to individually unlock reports - Dev team currently backlogged with some claims work right now
- Randee can only unlock wholesale
- Was thinking of providing Microsoft BI dashboard for us
- Going to figure out to give us the entitlements that we need
- DC - is this a heavy lift?
    - On Elev8 part, no [*DC - Eelev8 is the database for Blackhawk/NIIA that we currently have access to through Stew's login*]
    - Microsoft BI is not heavy lift but devs backed up on some claims stuff
    - Might be a few weeks…
- Need to kill Stew's login
    - Will get us logins once DC provides list
- Only look at "as advanced" as our book
    - There are a marginal few agents that aren't ours in there that are related more to the corporate side - they produce almost no business whatsoever

**Alex to provide who controls Agencies & downlines in our book**
- Providing volume breakout by agency

**Ahmed:**
- Doesn't have any agencies in his name in SLP
- Don't fully understand his downlines within SLP as he doesn't have any direct agency with SLP, so cant lookup - have to ask Rami

**PMPM Advances:**
- Fixed earned portion of PMPM advances
- Randee working on recon to backfill with P1s in the reports

## FOLLOW UP

### External

#### Alex:

| | |
|---|---|
| Database | checking with devs to see if can enable download entitlement - *question of how easily this can be done given they are backlogged with claims work right now.* |
| Database | Alex to figure out how to give us the entitlements we need |
| Database | Alex is offering a Microsoft BI Dashboard, which is the way he looks at the data, to us. Estimated timing is a couple weeks. DC asked for download capabilities on the actual Database in the meantime. |
| Database access | Will enroll folks once DC sends list of who to provide access to |
| Service Fee Audit recon | Alex will be sending latest that he has within the next 1-2 hours. Will be coming in two parts. |
| Ahmed | asking Rami re Ahmed's downlines within SLP |
| Ahmed | Total volume breakout by agency |
| Commission Income horizon | Checking HSG earned out items - runs counter to HSG being in perpetuity |
| Commission Income horizon | Proving out Commission Income in perpetuity for various products |
| Persistency Reports by Product *(from Apr-23 mtg)* | Have Persistency / Balances reports by Agent/Agency - will work on getting us that through Microsoft BI Lender Dashboard - the actual reports internally have internal KPIs unrelated to our book. |
| | |

- DC and Alex to confirm asset mix & commission above advance - *can we segregate commission above advance* → DC looping back around to him

#### Randee:

| | |
|---|---|
| Mid-Month pmts | Currently pulling together Mid-Month pmt recons back to Aug 2022 |
| PMPM Advances | Working on recon to backfill P1s that were 0 on the Weekly Funding Reports |

### Internal

**DC:**
- *(DONE - email - 8/18)* Check if 29th/30th work for TX meeting for Alan and Neil
- *(DONE - email - 8/18)* Database access: provide list of those who would need access to the Database to Alex so he can enroll before DK'ing Stew's access/email
- *(DONE - email - 8/18)* Send example of - MKT agencies for Health Share
- *(DONE - email - 8/18)* Commission Income horizon - send example of HSG earned out report to Alex
- Provide Alex with HSG individual policy breakout

# 2023.08.21 - Randee

Friday, August 18, 2023 10:58 AM

**Participants:**

- Randee Mascorro, Cory Hoffman, Alex Harteslust
- DC, NZ

**Agenda:**

- *Have previously sent her the Aug-2022 Mid-Month adj pmt report that she sent to Stew & Andrew as an* example
- Overview of reporting generated from her unit - *cc DC and Vasant on everything*
  - Reports she generates on our portfolio - performance, risk, etc.
  - Reports sent to Andrew/Stew in addition to Mid-Month Adj reports → *cc Vasant and DC going forward*
  - Reports previously sent to CJ
  - Reporting currently being sent, or will be sent, to Alec Buico - *cc DC and Vasant*
- *Per AH/Landon call -*
  - $300k amortization owed by Ahmed
  - Alex to provide rest of Ahmed portfolio monitoring…
- Service Fee Audit recon:
  - Confirmation that I have final from Alex Hartelust
  - How her function fits into her being the owner of this, it seems like every non-routine payment is handled by her unit?
- Specific reports:
  - Mid-month pmt reports
    - Backfill mid-month reports back to Aug 2022?
      work on the backfill this week
      can reformat
    - In "Aug 2022 PHS_BH Renewals - Debit Balances" report - the BH Renewals category has Vincent Bellezza (Grouper Media) is a line item for what? How is this different from the other payments for mid-month?
  - Ad hoc pmt reports - *per Landon*
  - HSG make-whole pmt reports
  - Service Fee Audit recon
    - Confirmation that I have final from Alex Hartelust
    - How her function fits into her being the owner of this, it seems like every non-routine payment is handled by her unit?
  - Backfilling PMPM Advances - *per Alex Hartelust*
- Debit balance reports that incorporate the above
- Commissionable premium percentage:
    - Master file that dictates – products that have different commissionable payouts
    - Commissionable payout determined by carrier or range, AHCM creates products so determine what within the range – Randy Mascorro is the expert.
- **SET UP CALL WITH RANDEE AND VASANT / JOEL / PHIL**

## CALL NOTES

**Overview:**

- Plug into a spreadsheet and then send
- Stopped for a few months - started taking money from other places - then became pulling money from here and there (TPAs)
  - Show agent that it takes from and applies to
- Internal application:

**Ahmed portfolio:**

- Alex unfamiliar with $300k and amortization - asks for which book that is (i.e. SLP, BH, HSG, etc.)

**Rami Hassan:**

- The one who really knows where the make-whole payments are coming from (i.e. the individual agencies & agents mid-month adjustments and the NIIA make-whole pmts).
- Rami Hassan (first line)
- Randee Mascorro (operational)
- Alex Hartelust (back-end analyst)

## FOLLOW UP

- External:
  -

# 2023.08.23 - Alex Hartelust

Friday, August 18, 2023 12:59 PM

**Participants:**

- Sully
- NZ, DC

**Agenda:**

- CHANGE FRIDAY TIME → **after 1:30pm EST work?**
- Where do PMPM Advance P2+s show up? - don't see in SLP wk-ending 8/20
- PMPM Advances all uniform re 6 months? Some showing up as $130 gross advance for $30/month?
- Debit Balances by Agency/Agent - *breakdown*? How is that aggregated?
- Persistency Analysis
- HSG - the 4 agencies that opted out of 8-month:
    - How did they opt out of this? Paperwork

| | |
|---|---|
| Commission Income horizon | Asset mix of products / agents etc. that are providing Commission Income in perpetuity. |
| Ad hoc payments | Alex stated that contained in the Debit Balance spreadsheet that he sends around - provide to DC so DC/Vasant can reconcile those loosey goosey payments |
| Ad hoc payments<br><br>*(8/17/23 group call)* | 1) Not seeing ad hoc payments hard-coded in Cory emails - can Alex provide breakdown of those payments<br>2) Can Alex show me where in the Cory emails he is talking about showing these ad hoc payment hard-codes?<br>3) AH wanted to understand oversight of ad hoc pmts by Landon, cannot see a pattern of consistency.<br><br>*(8/17 call notes)* → Alex - on debit balance, we make adjustment in the renewals - that is the contribution (adjustment) which is what Landon contributed |
| Ahmed<br><br>*(8/17/23 group call)* | Alan requested any reports in last 90-120 days on tracking Ahmed's books for attrition variance and concentration etc. - *Alan request on 8/17 group call re Ahmed concentration risk (~60% of book per AHMC)* |
| Ahmed | *Email @ 7pm EST Fri 8/18 -- "*Wanted to lastly, before the weekend, follow up on the Ahmed portfolio reporting. Most, if not all of which, I believe have already been generated – granted you are reaching out to Rami to gain clarity on downlines within SLP so it will likely exclude SLP:<br>• Breakdown of the portfolio – Agencies/Agents and Downlines (debit balances, tracking of total advances, any other reporting tracking this book etc.)<br>• Attrition analysis – to check for any attrition outside of the norm<br>• *Per Landon and Alan's conversation this afternoon* – amortization schedule of the $300k that Ahmed owes you guys" |
| Risk Mitigation Reporting<br>*8/17/23* | *Re Andrew/SD/CJ side agreements with rooms, possibility of leakage -*<br>Alex happy to be transparent on risk mitigation he looks at. "I have said this agent et al is/are not performing to Andrew". - provide as much of the risk reporting as possible via email, that Alex has. |
| Vasant | recon for tying out discrepancies between Transaction Actuals vs Weekly Funding Reports |
| PMPM Advances | PMPM advances in Blackhawk previously - Titan Coverage Protection LLC PMPM in July 2022 Debit Balance and Renewals report |
| PMPM Advances | 1) Backfill reconciliation from Randee<br>2) Confirmation that these are being paid |
| Chargebacks<br>*From 4/30/23 email to Sully* | How chargebacks are handled if agency stops writing new business - Cory was to look into |
| Database | Per Alex on Fri 8/18 call - couple agents on the Database that aren't part of our book. Provide a list of which agents/downlines are part of AP's book and which are not |

**Follow-up:**

| | |
|---|---|
| Database access | DC sent list of new adds to Alex on Fri 8/18 |
| Health Share - MKT designation | DC sent weekly funding request highlighting this on Fri 8/18 |
| Health Share - Earned Out | DC sent (same) weekly funding request highlighting this on Fri 8/18 - shouldn't be there if we receive all Commission Income in perpetuity? |

## CALL NOTES

**Sully:**

- From Alan - list of deliverables that NIIA owes us

**Randee -**

- Fairly junior - reports to Tammy (Tammy very protective of Randee as a resource)
- She is mission critical
- Incredibly busy as they build products for Open Enrollment
- Better to coordinate through Alex & Sully

**Why 6 or 8 month:**

- 6 month is the industry standard
- 8 month was not the right call - was playing for the short-game

- The 6-month creates aligned interest

**Ahmed:**

- Had no direct downlines for SLP but received bonuses on rooms that he helped manage in south Florida
- His agency was Prosperity Health
- CFO working on getting final number of what Ahmed owes (~$300k)
  - Alex will want to see what CFO sends him
- His downlines are the agents under Prosperity
  - No downline *entities*
- *Look back at "60% of book: (per Andrew / Stew) comment for Ahmed → Alex → doesn't ring true / doesn't remember*

**Risk Metrics / Stats:**

- No specific science to it

## FOLLOW UP

- External:
  - HSG 6-month advance agencies → sully will look for what they have
    - If exists, Randee will have loaded into the system
- Internal:
  - (*8/18/2023)* Provide Alex with HSG individual policy breakout

# 2023.08.25 - Alex Hartelust

Friday, August 25, 2023 11:47 AM

**Participants:**
- Alex Hartelust
- DC

**Agenda:**
-

## CALL NOTES

**Database - Alex's Advance Report:**
- Report previously created for Andrew and Stew
  - Not aligned with funding report process as intended
  - Working with Randee and data team to refresh that report

**Database - Download entitlement:**
- Once set up lets go over Zoom to cover - Alex needs to be able to see what we see - we have the same view & entitlements as Stew / Andrew

**PMPM Advances:**
- Have paybacks in newly revised from Randee - Alex just received past 15 mins
  - May change cashflows and result in a recon pmt due to AP - Alex and Randee checking, calculating, and will process if the case

**Ahmed & risk metrics & Persistency Analyses**
- Landon has targeted as sensitive
- Waiting on NDA

**Asset mix of products / agents that are providing Commission Income in perpetuity:**
- All 8-month HSG advances are in perpetuity for the purposes of asset mix re 6-month advance vs 8-month in-perpetuity
- Alex - getting some commission assignment agreements that 6-months
  - Alex will check with Randee to see if can forward 8-month examples
  - Randee is the keeper of all Commission Assignment agreements

**Health Share MKT designation:**
- Marketing account - has agents fee for marketing the product - Agent PMPM
  - Advance on marketing fee that is paid to Agencies/Agents
  - This is separate from their override (Agent PMPM)

Risk mitigation reporting - also requires NDA

**Debit Balance report:**
- Alex to provide - do we want on monthly basis?
- DC - want a point in time to start so we can reconcile, then monthly on go-forward once we are on same page.
- Alex - create new Debit Balance cover sheet that is synopsis of debit balances we are looking for
  - Monthly file takes T+5

## FOLLOW UP

- <u>External:</u>
  - Alex to check if cashflows change on prior 5 weeks from PMPM Advance formula change
  - Debit Balance report - ingle point in time for July so AP can reconcile our own internal Debit Balance tracking
    - Then convert into monthly go-forward reporting from Alex et al
  - CJ email batch - Sully to run point on this
- <u>Internal:</u>
  - *(8/18/2023)* Provide Alex with HSG individual policy breakout