# EXHIBIT 2

## CHANDIK AFFIDAVIT

# 2023.09.28

Thursday, September 28, 2023 4:55 PM

**Participants:**

- Mike Sullivan, Alex Hartelust
- Brian Zinnerman
- AH, NZ, DC, Neil Bivona
- Gabe Berg
- *Stephanie Sweeney (substituting in for Sean)*

**Agenda:**

-

## CALL NOTES

**Proposal:**

- <u>AH</u>
  - AHCM has respectfully declined on providing revenue buckets that AHCM (now Crimson) has for each members, etc.
  - One of the things that resonated - LJ put number on table - $30 Agent PMPM
  - Intention is not to upend their Open Enrollment ("OE") - otherwise wouldn't have sent $400k yesterday
  - Service Fee Income going up to $30 from $23
  - Need to see performance of the book
  - Equates to ~$25.70 per household per month based on current households outstanding
  - **Still need MCA** - not advancing again on something undocumented
  - Directed guarantee at top of the Crimson house - signed by Landon, showing he stands behind this product
    - Allows Pactolus to go back to our families and back up path forward
- <u>BZ</u>
  - Still being allowed to use the portfolio advance - no new monies?
  - AH - correct, I am not writing a new check until we see enough of a requisite paydown of the Debit Balance, performance, etc.
  - AH - good faith demonstrated by Pactolus
- <u>Sully</u>
  - OE is going to see increase in volume
  - Alex - do you mean P2+?
    - Not sufficient enough to cover forecast for OE
  - Expecting $1mm to $1.5mm or $2mm in volume per month
  - AH -
    - Can certainly get more financing from outside party - but would need pool accounting
  - Sully - Pactolus ask was certain amount of money back
    - AHCM ask was further financing for OE

**AHCM revenue:**

- Sully - sensitivity was not around revenue, it was AHCM's profit that was sensitive
  - This is one of five pillars of their overall business
  - Sharing profit ("inside the kitchen") is their "secret sauce"
- AH - hard to get comfortable with being able to be paid back by AHCM
- Sully - AH saying that there is no more access to capital

- Sully - bit of trouble seeing where money to AP went then - service fee income exceeds $20mm so they see the profitability on this trade
  - Don't understand where give from Pactolus is
-

## FOLLOW UP

- External:
  - 
- Internal:
  - 

NIFA Counter-proposal (11/7/2023)

UAUA

NIFA has much more control over mid-month adj.

Agencies at the beginning of stronger cashflowing period.

AH - bad actors

- Agencies that are not satisfying prior DBs - Advances going to essentially pay ourselves on other DBs from prior products.
- Sully - thinks that's correct
  - that's why Alex Bucio is down there.
  - ~~[illegible]~~
  - AH → good business for both of us.
- MZ - Alex, has that analysis been done.
  - Alex → constantly has rolling roster of who's going in the wrong direction. and correct those in real time.
  - AH → parameter of 90-day post advance window - no new advances for next product.

- DB/agency
  - ~~Debt~~ multiple

[Alex] → what he looked at over weekend ~~[illegible]~~ project at portfolio.

- looked at 2022 OE
- Code at avg. Commission Payout
  - stripped out Core Products
- M/M ARC to strip out Dec - Feb renewals.
  - existing & new business.
  - How [illegible]
    - 460-500k extra in Service Fees. from new business total over Nov - Jan

1.8mm in Renewals as of end of October -

- w/ ARC, $3.8mm in renewals over Nov - Jan
- M/M ARC 13.3%. B/F } Cash ARC. 15% } conservative buffer ARC Alex using based at $3.8m renewals.
  8.3%. HSL } 12%
  9.4% SLP. } 15%

~~Alex has~~

(2)

Verify the Renewals -

Sully - Don't know that they have a preference yet

- [Alex] still has yet to complete revenue projections. to see what

[Cory]. likely going to have to throttle back production to be able to meet the 550k requirement.

Post - Thanksgiving to mid-December is the big push.

[Sully] Throttling production is complicated. Lose agencies, etc.

Alex

- week of Thanksgiving typically 20 50x of typical volume, c/r big part of renewals - so should get a big remit coming in.
- Big issue is going to be in December. Don't see November being a problem at all.
- Getting the 500k in December will be most difficult - what flexibility is there for that.
- AH →

---

Sully → have agreed to raise fees on all new volume.

→ incremental fee increase to pay down DB which NHIA is guaranteeing.

Term ( Interest Rate + Fees

- AH - 12% and $30/member

$23/member w/ $7/member going to principal paydown.

(3)

Portfolio Performance

[AH] • IRR from Vesent that DC sent to Alex.

• $9mm of fees -

[Conf] Nov/Dec. policies typically have Jan. 1 effective dates - only see renewals in Jan./Feb.

Discount (40%)

• AH - discount hit that big not worth it when other option includes guarantee from large corporation.

Sully - intent was to move closer to us on this.

Alex → thinks 20% Discount is too far off the mark.

Other Financing (updates) —

• Q1 at earliest

• AH - only open to anything if see the performance

• considering all options - e.g. corporate debt.

HSG book

• HSG part of the outstanding DB?

- Sully - open issue how we treat it

there is no document

understanding that LJ open to share the pain on HSG

• NB - renewing from those agencies

- Sully → part of shaking the trees.

- Jan. was to be the period to shake the tree

• AH → if going to share the pain can share the gain.

Sully has to review w/ legal → but will start sending directly to us as well.

④

# 2024.04.25 - AHCM

Wednesday, April 24, 2024 12:10 PM

**Participants:**

- Sully, Alex
- AH, NZ, DC
- Neil Bivona

**AGENDA:**

- Switchover to new CFO
- Earned Out breakout for agencies based on Active/Inactive list Alex provided

**Agenda - DC:**

- [Alex] Active/Inactive spreadsheet → same exact thing he showed us two weeks ago…
  - Earned Out data?
  - Is this comprehensive? Blackhawk at least appears to not be, so is SLP in same status?
- [Alex] what is Advance Lender 2 in the Service Fee tab of the SLP weekly funding requests in April 2024.
- [Alex] can calculation be included in the SLP Weekly Funding Request spreadsheets for Shortfall and Total Payment?
- $12/mo. Service Fee = 4 mo. policy advance
  - What is the nature of this policy (Arch, Recuro)?
- Are Mid-Month Adj. still being collected? Are these still in play?
- Does any adjustment need to be made for Cory covering CBs
- **PMPM Advance** tracking -- still $432k deficit, ensure that if agent/agency has left, that money is not simply going to AHCM's pockets, and instead continues to flow to AP
  - How does AHCM track internally? Metrics used (e.g. the mechanism that triggers it as a "bonus")
  - **Should be made whole using all Agent PMPM that would otherwise go to that agent/agency (across all TPAs) which they are no longer receiving given they have left the platform.**
- SLP - P2+ (4/21/2024) → reversals:
  - Why are there wonky Transaction IDs in Column Z *only* for Reversals? Looks like reversals have been jammed in there from somewhere and not part of the normal reporting…

## CALL NOTES

**Overview:**

- Sully:
  - In a mountain of paper
  - Have told LJ that need two weeks for all of the individual P/Ls and give big picture
  - Cashflow Forecast / Analysis - no trust in what we have today - causing them to go back to bank statements
    - Going back 60 days in interest of time
  - Brought on secondary accounting resource

- Sully:
  - Cory still on the premises
  - Was not using QuickBooks
  - Cory did manually in spreadsheets
  - Reason don't have CF forecast was they were paying bills off an excel spreadsheet
  - Cory did this to save money
- AH - makes no sense…
  - Sully:
    - Cory and/or others didn't want to pay for
    - Sully found out that in fact they do have Quickbooks Enterprise for which Cory has an active license, just never used
  - AH - manual sounds exactly like fraud
  - Sully:
    - Exactly why they are going to bank statements
    - Landon throwing a fit, coming in tonight
- AH - why not overlay all bank downloads, etc in aggregate over the data
  - Sully:

        - Going to have to switch banks
        - Current bank (American National Bank of Texas? From wires into AP) doesn't provide electronic (or equivalent) resource in that capacity…
        - Using regional bank - intertangled with Landon's personal accounts
- AH - when bringing in BDO
    - Sully
        - Clearly need to be audited
        - Have insurance regulators would need to be ready for as well
        - Without accurate financial statements none of this can happen
- AH - what is happening with collections / P2+ etc
    - Sully - tomorrow, working with Sam on this
    - Sully - Alex had first conversation with Sam today or yesterday
    - Alex - told Sam wanted to revisit NIIA because haven't looked at in a little bit of time
- AH - where are the Service Fees landing/held?
    - Sully - need to dig more before being confident in answer, cannot answer at this point
- NB - typically have daily breakdown/approval list from someone in Cory's role being submitted up the chain…
    - Sully - do not have Cory function completely on lockdown yet - because he is only one who knows some of this stuff, where it is
- AH - do you have any data feeds whatsoever?
    - Sully:
        - Data feeds from claims carriers, etc.
        - Our 29 accounts were with that bank
        - Virtually 90% of bank accounts are at this bank
        - Sent Sam down in-person to the bank, came back essentially giving up. Had gone three levels deep and gotten nothing. Easier to do themselves.
    - Sully - have been banking with these people for 4-5 years
    - Sully - Cory just barely predates Sully (~5yrs) at the organization
        - LJ/Cory relationship goes way back - through mutual friend/relations (not from Mississippi/Alabama crew, as Alan clarified)
- NB - Cory's background?
    - Sully - he was actually CFO of Corp Club (publicly traded golf course company)
        - Cannot explain why Cory has been doing this in this way
- NZ - so Service Fees coming in somewhere?
    - Sully - correct
    - Alex - coming in tomorrow
        - *30 day month so coming in tomorrow*
    - Sully - tomorrow sitting down and watching what he does, the process, etc when the Service Fees come in tomorrow
        - Want to sit there and watch what he does, understand why he is making those decisions, so he can figure out what is being done
        - Have not as of yet had someone sit over his shoulder
        - May end up with some sort of retention bonus for 30 days so process can be unfolded for new CFO (Sam) and other resources internally
- AH - mid-month adjustments?
    - Sully:
        - For first time got to see who the agents were, what blocks, got to see process,
        - Normally Rami and Randee were doing that in isolation
        - LJ going to be actively involved in this process for the first time,
        - Randee didn't know why they allocated what they did
        - Cory had decision point of not going above $600k
    - AH - technically these cashflows would belong to us
        - Sully - totally agree
    - AH - worried he is double-counting and short-changing someone (agent or AP)
    - Sully - why they are doing what they are doing now

**MARIA:**

- Sully told Alex to pause on that
- Got estimate on that
- David may be ablet o take some of the slack
- Sully - think keep them out of our accounting and have them focus on the AP piece

**NZ - how much responsibility LJ considering for the current situation re helping make AP whole?**

- Sully
    - Need to speak with him
    - Long-term
- Sully
    - Tatum said first they thought could only be fraud

    - *(6/4/24) Alex emails John Oxendine and Innovative related findings / indictments*
    - *(6/4/24 - DC emails back)* As for the consumer name cross-check, has there been any update in terms of nailing down whether Innovative was poaching SLP members?
- SLP (5/26/24):
    - Faraz Butt (Quantum Picks LLC) advanced $832.20 on May 22nd, which was immediately reversed due to "Legal Reason" reversal code - why was he still able to push into the system? Did this hit their merchant account or was it made whole as it appears to have been in the Weekly Funding Report?
    - Anthony Parrino (Coast 2 Coast Data and Logistics LLC) advanced (gross) $71,229.98
        - *His prior entity ACP Marketing & Logistics LLC was cut off prior*
        - *Had been selling for Innovative / Ahmed*
    - SG Health Group (selling under Kasie Moss) had a gross advance of $36k, reversals of $94k → but why being advanced on new policies?
        - *KASIE MOSS not on Florida DOI database*
        - *Selling under Agent ID that is currently suspended (A60725 - SG Health Group LLC), and currently LOA under A31091 that is Pending Documentation (see below) and has NO Company Name…*
- What is AHCM looking at for the rooms they cancelled?
- Double-counting in Shortfall tab of Weekly Funding Reports
    - Corrected?
    - Need revised weekly funding reports to make official?
- Per Alan conversation with Sully before memorial day weekend - shutting down more rooms:
    - Which rooms?
    - Shutting down on what basis? (what are they looking at, share data/information?)
- Earned Out vs. Uncovered CBs - EXAMPLE
    - MedHealth Marketing LLC PMPM:
        - *Agent PMPM - advances…*
        - This entity received **$20** ADJ - Recruiter Earned Out from P2+ in the 5/12/2024 SLP Report
        - This entity has **$550** in Uncovered CB Shortfalls, per our calcs
- Shortfall double-counting in Weekly Funding Reports (see email to Alex/Sully attached at right)
- Alex Deliverables
    - Spot checking ~10 of the Shortfall numbers via the weeklies to ensure within tolerable range
    - Sending KPI Dashboard from Power BI
    - Sending Cashflow Forecast through July
    - Alex will follow up with Dan Garavuso re Innovative cross check
    - Sending Debit Balances (Feb, March and April)

## CALL NOTES

**Overview - Sam Lin:**
- Getting caught up
- Prior CFO handled things ways he would not have
- Doing all these extra projects and work - e.g. issue with shortfalls
    - Alex has done analysis of where they feel there has been shortfall they have been eating on their side
- First thing thought was ok doing advances, but if policies don't extend beyond
    - Persistency problems
- Persistency and shortfalls are the biggest problems
- AH - have they ring-fenced amount of the shortfalls
    - Sully - short answer is no
    - Next steps
        - Sam Lin shows Vasant spreadsheet that Aledx has been working off of
        - $5.7 for SLP
        - Blackhawk is over $1mm
        - **Net against any previous shortfalls**

**AH - Sam, how are remits flowing:**
- Being eaten up by commissions and advance
  s of commission, and the HIGH level of CBs, also payroll

funding requests.
- Proposal for monthly performance reviews and ongoing risk compliance analysis.

5. **Financial Update from Sam**
   - **Participants:** Sam.
   - **Key Points:**
     - Staffing updates: Hiring of a new senior accountant and ongoing search for a controller.
     - Progress on uploading new master chart of accounts in QuickBooks.
     - Timeline for consolidated financials: Approximately four to five weeks.
     - Discussion on managing excess cash flow and its allocation within the organization.
6. **Cash Flow and Debit Balance Discussion**
   - **Participants:** Alan, Sam, Alex, David.
   - **Key Points:**
     - Review of the rolling 12-week cash flow showing a net positive of $1.6 million.
     - Discussion on the historical debit balance and its impact on current cash flow.
     - Need for detailed financial reporting to track the allocation of excess cash flow.
     - Agreement on the importance of external funding for future operations.
7. **Prioritization of Tasks and Documentation**
   - **Participants:** David, Alex, Brian, Neil.
   - **Key Points:**
     - Review of the list of pending tasks and documents.
     - Prioritization of the no-take report and persistency analysis.
     - Discussion on the need for a clear operational process and ownership of compliance documentation.

# Action Items

1. **Alex and David:**
   - Provide a detailed report on the rolling 12-week cash flow and its allocation.
   - Ensure Sam has the necessary information for financial reporting.
2. **Sam:**
   - Finalize the consolidated financials within the next four to five weeks.
   - Provide a detailed report on the allocation of excess cash flow.
3. **Neil and Brian:**
   - Finalize the onboarding cover sheet checklist and streamline the documentation process.
   - Implement a monthly performance review system for agents.
4. **Alan:**
   - Follow up with Mike on the prioritization of tasks and documentation.

# Follow-Up Points

- **Next Meeting:**
  - Schedule a follow-up meeting to review the progress on the action items and discuss any outstanding issues.
- **Documentation Review:**
  - Ensure all necessary documents are reviewed and signed by the relevant parties.
- **Financial Reporting:**
  - Provide regular updates on the financial status and cash flow allocation.

This summary captures the key points and discussions from the meeting, organized into distinct sections for clarity. It includes detailed notes on the main topics discussed, action items, and follow-up points.

## Transcript

0:00
Good afternoon.
0:02
Hey, Alan.
0:04
Nargis, Neil, Sam, Delbert.
0:06
Okay.
0:08
Do we have...
0:10
David is right here.
0:11

# 2024.12.05 - re Ridge % Ownership

Thursday, January 2, 2025 12:38 PM

**Participants:**

- Michael Sullivan, Alex Hartelust
- Alan Harter, David Chandik

**Agenda:**

-

## CALL NOTES

**Overview:**

- Focus should be on Deficit - AP Bank accounts

**LIST:**

- Reconcile $828k
- Validate early 2021 surplus payments, where did money go?
- No bank records to confirm shortfalls
- Address issue of 2024 recycling/non-recycling
- What Sam has validated on the accounting / bank transactions
- Alex to find example of credit that offsets the phantom advances (e.g. Parrino) (i.e. Alex keeps saying that there is a credit offset to the advance amounts for phantom advances that show up in Weekly Funding Reports)

## FOLLOW UP

- <u>External:</u>
  -
- <u>Internal:</u>
  - DC - send EARNED & FEES sheet edited by Courtney Robinson