# EXHIBIT 3

## CHANDIK AFFIDAVIT


36 / 207
segre
1/17


1 / 78
Segre
1/2