# EXHIBIT 4

## CHANDIK AFFIDAVIT


1 / 78
Debit Balance
1/120


1 / 207
Debit Balance
1/148