# EXHIBIT 5

## CHANDIK AFFIDAVIT

| Agency ID | Agency Name | Principal Agent |
|---|---|---|
| A42562 | A Train Marketing LLC | Anthony Bottley |
| A11394 | Above Health Care LLC | Carlos Bolanos |
| A94302 | ACP Marketing & Logistics LLC | Anthony Parrino |
| A35629 | ACP Marketing & Logistics LLC | Anthony Parrino |
| A91968 | Advera Marketing Advisors LLC | Neal Lubic |
| A24207 | Affinity Health LLC | David Wint |
| A75272 | Allied Health Solutions | ALYSON GAHAGAN |
| A14977 | Alpha Health Advisors LLC | Alpha Health Advisors LLC |
| A26422 | AP Data Solutions LLC | Anthony Percario |
| A76750 | B and P Insurance Group LLC | Paola Williams |
| A11433 | BANC INC | Ben Nicastri |
| A13500 | Celtic Consulting and Management LLC | Jader Lopez |
| A38943 | Champ Marketing, Inc | Abdullah Khalid |
| A14656 | Champ Marketing, Inc. | Abdullah Khalid |
| A19132 | DJ Marketing LLC | Daaniyl Jackson |
| A31184 | East Coast Data & Logistics | Axel Bilbao |
| A44963 | Elite Consumer Marketing LLC | John Mason |
| A82392 | Express Optima Logistics LLC | Anthony Radyn |
| A44377 | First Affinity Health LLC | Madison Bou Nahra |
| A73773 | Future Advisors LLC | Steven Rochard |
| A81948 | Gaza Jerk Boss inc | Ramon Warren |
| A32789 | Genuine Data Solutions LLC | Nathanial Heller |
| A22775 | GLC Insurance LLC | Gloria Coronell |
| A91665 | Global Elite Marketing LLC | Oliver Gonzales |
| A75849 | Global Elite Marketing Solutions LLC | Jennifer Donahue |
| A94835 | Health Care Dudes LLC | Andrew Rudick |
| A11627 | Health Insurance Providers LLC | Devin Brodman |
| A85004 | Health Quotes Marketing Solutions LLC | Theresa Pearson |
| A27287 | Horizon Health Advisors LLC | Mike Fey |
| A85429 | House Account | House Account |
| A12336 | IQ Data Solutions LLC | Shannon Amburgey |
| A92737 | J and J Health Group LLC | Jozell Perez |
| A44562 | JMB Health Marketing Solutions LLC | Jessica Bamberger |
| A46338 | JNMC LLC | Jordyn Miale |
| A12389 | LNS Health Solutions LLC | Shazad Khan |
| A88631 | MAP Health Group LLC | Peter Moore |
| A50085 | MDVC LLC | Marcelo Del Vecchio |
| A71238 | MM Acme, LLC | Ryan McFarland |
| A62752 | Modere & Associates LLC | Joseph White |
| A66741 | Mooch Consulting | Amanda Glass |
| A46190 | MSR Advisors LLC | Sanjay Florexil |
| A28677 | Nationwide Health Solutions LLC | Shazad Khan |
| A19238 | Noble Advertising Group LLC | Lauren Switzer |
| A92972 | Noble Advertising Group LLC | Lauren Switzer |
| A61387 | Northern Health Solutions | Hamesh Khailoo |

| | | |
|---|---|---|
| A43563 | One Alliance Health LLC | Josue Barco |
| A62395 | Optum Holdings LLC | Thomas Puglisi Jr |
| A92516 | Percario LLC | Constance Percario |
| A67751 | Perfect Way Marketing LLC | Stephanie Rochard |
| A42102 | Pinnacle Sales & Marketing LLC | Oliver Gonzales |
| A32414 | Quantum Picks LLC | Faraz Butt |
| A59718 | RNM Advisors LLC | Reyner Soto |
| A23258 | Royal Solutions LLC | Terrell McDonald |
| A97726 | RWRC LLC | Russell Read |
| A60568 | Safesure D and Z LLC | Zurisaidairis Salazar |
| A29555 | Scorch Health Group LLC | Isaac Varon |
| A60725 | SG HEALTH GROUP LLC | Giovanni D'Metayer |
| A42053 | Sommeray LLC | Melissa Sommerville |
| A52774 | Sopheyah Darville | Sopheyah Darville |
| A15199 | The American Dream Health Solutions LLC | Stephanie Rochard |
| A20898 | Top Care Data Solutions LLC | Monica Morin |
| A81337 | Unified State of Health | Megan Crosbie |
| A44744 | Value Owl Marketing LLC | Vincent Castellano |
| A10060 | Vibrant Consulting LLC | Arman Motiwalla |
| A20258 | ACP Marketing & Logistics LLC PMPM | Anthony Parrino |
| A62303 | Allied Health Solutions PMPM | Alyson Gahagan |
| A37802 | Alpha Health Advisors LLC PMPM | Alpha Health Advisors LLC PMPM |
| A47386 | Anthony Bottley PMPM | Anthony Bottley |
| A31312 | AP Data Solutions LLC PMPM | Anthony Percario |
| A98378 | Arman Motiwalla PMPM | Arman Motiwalla |
| A27525 | Constance Percario PMPM | Constance Percario |
| A86354 | DJ Marketing LLC PMPM | Daaniyl Jackson |
| A85825 | Express Optima Logistics LLC PMPM | Anthony Radyn |
| A47921 | First Affinity Health LLC PMPM | Madison Bou Nahra |
| A35606 | Future Advisors LLC PMPM | Steven Rochard |
| A49673 | Genuine Data Solutions LLC PMPM | Nathanial Heller |
| A99860 | Global Elite Marketing Solutions LLC PMPM | Jennifer Donahue |
| A50019 | Health Care Dudes LLC PMPM | Andrew Rudick |
| A35513 | Health Insurance Providers LLC PMPM | Devin Brodman |
| A67581 | IQ Data Solutions LLC PMPM | Shannon Amburgey |
| A17161 | J and J Health Group LLC PMPM | J and J Health Group LLC PMPM |
| A24570 | JMB Health Marketing Solutions LLC PMPM | Jessica Bamberger |
| A82951 | JNMC LLC PMPM | Jordyn Miale |
| A55488 | LNS Health Solutions LLC PMPM | Shazad Khan |
| A79455 | Mooch Consulting PMPM | Amanda Glass PMPM |
| A39838 | Noble Advertising Group LLC PMPM | Lauren Switzer |
| A83176 | Noble Advertising Group LLC PMPM | Lauren Switzer |
| A66150 | Northern Health Solutions PMPM | Hamesh Khailoo |
| A82094 | Optum Holdings LLC PMPM | Thomas Puglisi Jr PMPM |
| A63916 | Pinnacle Sales & Marketing LLC PMPM | Oliver Gonzales |
| A82153 | Quantum Picks LLC PMPM | Faraz Butt |
| A81704 | RNM Advisors LLC PMPM | Reyner Soto |

| | | |
|---|---|---|
| A74572 | Royal Solutions LLC PMPM | Terrell McDonald |
| A57210 | RWRC LLC PMPM | Russell Read |
| A70039 | Scorch Health Group LLC PMPM | Scorch Health Group LLC PMPM |
| A66177 | Sopheyah Darville PMPM | Sopheyah Darville |
| A30927 | Top Care Data Solutions LLC PMPM | Monica Morin |
| A51999 | Value Owl Marketing LLC PMPM | Value Owl Marketing LLC PMPM |
| A55073 | Affinity Health LLC PMPM | David Wint PMPM |
| A12461 | Healthy Data LLC | Robert McCarthy |
| A32111 | Healthy Data LLC PMPM | Healthy Data LLC PMPM |
| A78274 | Rowe Insurance Agency LLC | Kameron Rowe |
| A77197 | Global Advanced Marketing LLC | Christopher Joseph Cavuoto |
| A74015 | Global Advanced Marketing LLC PMPM | Global Advanced Marketing LLC PMPM |
| A80141 | MedHealth Marketing LLC | Christian Quintero |
| A23212 | MedHealth Marketing LLC PMPM | MedHealth Marketing LLC PMPM |
| A60472 | Transcendent Health Solutions | Sakine Guven |
| A58675 | AZNORA Health Solutions LLC | Majid Butt |
| A45817 | Pinnacle Health Solutions LLC | Katherine Procopovich |
| A16887 | Capstone Sales and Marketing LLC | Jennifer Donahue |
| A71914 | High Powered Investment LLC | Nazar Hylton Powell |
| A27745 | Reia and Co LLC | Ralph Calixte |
| A52589 | B and E Operations Inc | Brian Ellis |
| A93364 | Atropine and Associates LLC | Rory Gray |
| A76917 | Better Health Associates LLC | Alissa Burgos |
| A43361 | Axis Health Solutions LLC | Sofia Santucci |
| A91550 | Unlimited Health Advisors LLC | Frantz Albert |
| A40496 | Fifty Three Five Health | Gia Stathas |
| A89283 | Quantum Health Solutions Network LLC | Matthew Bonomo |
| A22626 | Prestige Healthcare Brokers Corp | Ashley Perkins |
| A42472 | 4QS LLC | Jose Melendez |
| A25956 | LuxeGuard LLC | Nicholas Decrisci |
| A65849 | Global Health Insurance LLC | Shanaz Ali |
| A83500 | Quantum Limited LLC | Trevon Grimes |
| A28680 | Sprinter Insurance Agency LLC | Scott Dorrell |
| A99917 | Guarnera Consulting Group LLC | Halie Guarnera |
| A72362 | Destin Marketing | Martin Destin |
| A78985 | Coast 2 Coast Data and Logistics LLC | Anthony Parrino |
| A35277 | United Way Health | Hamesh Khailoo |
| A10004 | RWM Health and Consulting LLC | Melanie Marrero |
| A91509 | Pink Organics LLC | Jahvon Thompson |
| A65258 | RSC Insurance Group LLC | Rani Sullivan |
| A90975 | One Way Marketing LLC | Victor Padilla |
| A20114 | Elite Health Group LLC | Josue Barco |
| A26099 | Insurance Fusion LLC | Vashon Moore |
| A43449 | Apex Drive Sales And Marketing LLC | Emmanuel Lewis |
| A44275 | Noble Advertising Group LLC | Ashley Messer |
| A92222 | RNM ADVISORS LLC | Reyner Soto |
| A88894 | Pro Healthcare Advisors LLC | Teressa Silva |

| | | |
|---|---|---|
| A53361 | Global V Life Insurance LLC | Shanaz Ali |
| A96924 | Cornerstone Insurance Agency LLC | Erick Calixte |
| A71809 | First Option Health Group LLC | Carl Johnson |
| A71529 | Coast 2 Coast Data and Logistics LLC | Anthony Parrino |
| A91823 | Health Care Dudes LLC | Andrew Rudick |
| A17302 | G1 Health Group LLC | Erick Ruiz |

| Agency ID | Agency Name | Principal Agent |
|---|---|---|
| A86792 | Platinum Care of America | Wilfred Pena |
| A71527 | Nu Life Health | Arman Motiwalla |
| A95236 | Top Tier Health Insurance Agency Inc | Kendall Robinson |
| A63911 | Trinity Health Insurance Agency, Inc | Nancy Lormand |
| A46013 | Instaquote LLC | Shannon Amburgey |
| A28830 | American Way Health LLC | Anthony Bottley |
| A25495 | One Call Health Enrollment Group | Jonathan Wall |
| A63567 | Value Healthcare Insurance Agency Inc | Felecia Nairne-Woozencroft |
| A77834 | Titan Coverage Protection LLC | Sean Callahan |
| A15762 | Better Health Associates LLC | Daaniyl Jackson |
| A74652 | Gold Standard Health LLC | Emily Quesada |
| A17697 | AP Insurance Advisors LLC | Andrew Percario |
| A93273 | Supreme Insurance Solutions LLC | Axel Bilbao |
| A44790 | Exclusive Insurance Partners LLC | Kevins Emilcar |
| A67196 | Paramount Health | Faraz Butt |
| A86009 | Liberty Wellness | Waleed Butt |
| A56497 | Platinum Care Of America | Jeffrey Rodriguez |
| A50862 | Monumental Health LLC | Marcelo Del Vecchio |
| A55941 | Millennial Health LLC | Russell Read |
| A58689 | Alternative Health Solutions LLC | Shazad Khan |
| A70403 | The American Dream Health Solutions LLC | Stephanie Rochard |
| A24938 | Priority One Health LLC | Christopher Makulik |
| A341563 | AP Hawkins | Octavious Hawkins |
| A94606 | Your Health Quote | Michael Macchia |
| A77428 | Garland Financial Group LLC | Steven Jativa |
| A50347 | Universal Health Options | Jeffrey Abad |
| A10744 | Uniform Health LLC | Dustin Donahue |
| A87862 | AA Health Advisors LLC | Andrew Rudick |
| A31050 | Perfect Health Insurance Agency Inc | Norma Roberson |
| A15725 | MSR Health LLC | Terri Kramp |
| A62132 | Worldwide United Healthcare LLC | Emily Payne |
| A88027 | Technology IQ | Jeremy Barnett |
| A99000 | Tier One Health Solutions LLC | Kearstan Mauck |
| A27417 | ChoiceOne Health Insurance Agency Inc | Ryan Chadderton |
| A98076 | American Health Options LLC | Michael Landis |
| A86937 | AFC Health Group LLC | Peter Moore |
| A86569 | Total Insurance Solutions | Hunter Mackey |
| A74227 | KH Advisors LLC | Houston Ford |
| A87606 | American Health Options LLC | Michael Landis |
| A43586 | Best Healthcare Options Insurance Agency LLC | Jason St Claire |
| A38041 | Longspur Health LLC | Grant Maier |
| A55549 | Assurity Health Insurance Agency, LLC | Nora Lewis |
| A16243 | Independent Health Solutions LLC | Karl Heine |
| A563336 | Trisha Perez | Trisha Perez |
| A45861 | Natalie Mendez | Natalie Mendez |

| | | |
|---|---|---|
| A31108 | John Avitto | John Avitto |
| A80493 | S&M Marketing Associates LLC | Markaila Gordon |
| A41275 | Jamal Shuman | Jamal Shuman |
| A49245 | Health Vault LLC | Vanessa Quintanilla |
| A79474 | ALM Health Group | Lauren Switzer |
| A46258 | Priority Health Solutions | Brian Brown |
| A65081 | Advanced Health Group | Terri Kramp |
| A546250 | Slayed Properties Inc | Jubran Abdulaziz |
| A47607 | Legacy Insurance Advisors | Brittany Pratt |
| A56118 | SAMUEL VELAZQUEZ | Samuel Velazquez |
| A95306 | VMCCONSULTING LLC | Vincent Castellano |
| A81259 | Compass Health Advisors | Ethan Russell |
| A334409 | Insurance Care Now | Witfield Jean Baptisie |
| A552978 | Grouper Media | Vincent Bellezza |
| A29749 | Coastal Marketing Advisors LLC | Brittany Corr |
| A335600 | Direct Health LLC | Alec Buico |
| A82892 | Health First Solutions | Daniel Dayan |
| A86399 | James Elder | James Elder |
| A80228 | Leon Martin | Leon Martin |
| A85429 | Ensurance Health Insurance Agency | Charles Donisi |
| A551332 | American Health Solutions LLC | Michael Macchia |
| A13646 | Infinity Insurance Advisors LLC | Nicholas Chimera |
| A85760 | ChoiceOne Health Insurance Agency Inc | Ryan Chadderton |
| A93025 | ADG INNOVATIONS LLC | AMANDA GLASS |
| A542223 | Seni Sok | Seni Sok |
| A555766 | Aly G's Empire LLC | Alyson Gahagan |
| A549989 | Horizon Health Solutions LLC | Leah Fey |
| A90665 | Worldwide United Healthcare LLC | Emily Payne |
| A76669 | Octavious Hawkins | Octavious Hawkins |
| A562982 | Superior Health Group LLC | Anthony Parrino |
| A559623 | Prosperity Health LLC | Ahmed Shokry |
| A39436 | LSC Advisors LLC | Lauren Switzer |
| A31033 | Titan Coverage Protection LLC | Sean Callahan |
| A80394 | Longspur Health LLC | Grant Maier |
| A75407 | MAP Insurance Agency LLC | Peter Moore |
| A78429 | Wilfred Pena | Wilfred Pena |
| A63131 | Jose Melendez | Jose Melendez |
| A28297 | Platinum Care Of America | Jeffrey Rodrigez |
| A66501 | Amk Health Insurance Agency LLC | Katherine Procopovich |
| A40083 | Alternative Health Solutions LLC | Shazad Khan |
| A61650 | St Insurance Agency | Megan Crosbie |
| A69805 | Josue Barco | Josue Barco |
| A82722 | Chentel Garcia | Chentel Garcia |
| A67761 | ACP Marketing and Logistics LLC | Anthony Parrino |
| A93444 | Anesha Jackson | Anesha Jackson |
| A36167 | LSC Advisors LLC | Lauren Switzer |
| A36134 | K and A Insurance Agency | Kierra Flood |

| | | |
|---|---|---|
| A80755 | Aly G's Empire LLC | Alyson Gahagan |
| A58044 | Worldwide United Healthcare LLC | Emily Maher |
| A81776 | Tier One Health Solutions LLC | Kearstan Mauck |
| A57230 | Daniel Forney | Daniel Forney |
| A79044 | Instaquote LLC | Shannon Amburgey |
| A96341 | Alpha Health Advisors | Vanesa Quintanilla |
| A33552 | Carl Donovan Johnson | Carl Donovan Johnson |
| A41991 | Your Health Quote LLC | Michael Macchia |
| A82333 | Health Insurance Market Advisor | Marilin Marrero |
| A32067 | Woodbridge Health | Robert Goldstein |
| A33624 | DU PrimeHealth Insurances | Sebaston Barrett |
| A68368 | Fils Aimer Joseph | Fils Aimer Joseph |
| A90540 | Ashley Thomas | Ashley Thomas |
| A39540 | United US Agency LLC | Brian Burkell |

| Agency ID | Agency Name | Principal Agent |
|---|---|---|
| A90307 | Our Shepherd LLC | Brendan Applegate |
| A55118 | Our Shepherd LLC MKT | Brendan Applegate |
| A47724 | Good Samaritan Solutions LLC | Michael Macchia |
| A93296 | Good Samaritan Solutions LLC MKT | Good Samaritan Solutions LLC MKT |
| A89312 | Golden Gates of Salvation LLC | Ahmed Shokry |
| A69593 | Golden Gates of Salvation LLC MKT | Ahmed Shokry |
| A24441 | Divine Pastures LLC | Anthony Parrino |
| A91228 | Divine Pastures LLC MKT | Anthony Parrino |
| A76846 | Eternal Salvation LLC | Arman Motiwalla |
| A47896 | Eternal Salvation LLC MKT | Arman Motiwalla |
| A24426 | D&L ADVISORS LLC | Lauren Switzer |
| A28162 | D&L ADVISORS LLC MKT | Lauren Switzer |
| A99952 | WHITE DOVE LLC | Jader Lopez |
| A64745 | WHITE DOVE LLC MKT | Jader Lopez |
| A32941 | St Francis Health Assurance LLC | Slava Morgenstein |
| A13520 | St Francis Health Assurance LLC MKT | Slava Morgenstein |
| A71060 | Mooch Consulting | Amanda Glass |
| A47501 | Mooch Consulting MKT | Amanda Glass |
| A63622 | Champ Marketing, Inc. | Abdullah Khalid |
| A43335 | Champ Marketing, Inc MKT | Abdullah Khalid |
| A77459 | AP Hawkins Security LLC MKT | Octavious Hawkins |
| A89981 | Deluxe Marketing and associates LLC | Jesse Payne |
| A62457 | Deluxe Marketing and Associates MKT | Jesse Payne |
| A23857 | Aarsin Investments | Jonathan Wall |
| A30754 | Aarsin Investments MKT | Jonathan Wall |
| A86852 | AP Hawkins Security LLC | Octavious Hawkins |
| A59315 | Smart Choice Health | Amir Albassam |
| A42189 | Smart Choice Health MKT | Amir Albassam |
| A56765 | Chapel Health LLC | Stanley Nacht |
| A57703 | Chapel Health LLC MKT | Stanley Nacht |
| A63998 | Liberty Calvary LLC | Waleed Butt |
| A90047 | Liberty Calvary LLC MKT | Waleed Butt |
| A89270 | Creator Consulting LLC | Jacqueline Lee |
| A68842 | Creator Consulting LLC MKT | Jacqueline Lee |
| A21937 | Elite One Health, Inc. | Bilal Saeed |
| A56095 | Elite One Health, Inc MKT | Bilal Saeed |
| A22259 | Righteous Solutions LLC | Anthony Radyn |
| A29747 | Righteous Solutions LLC MKT | Anthony Rayden |
| A18840 | Your Healthcare Connection LLC MKT | Your Healthcare Connection LLC MKT |
| A31560 | Our Ministry Plans LLC | Anthony Bottley |
| A38385 | Our Ministry Plans LLC MKT | Anthony Bottley |
| A11991 | Your Healthcare Connection, LLC | Brandon Bowsky |
| A67818 | John Lee Advisors LLC | Houston Ford |
| A28049 | John Lee Advisors LLC MKT | Houston Ford |
| A89042 | Costal Marketing LLC | Brittany Corr |

| | | |
|---|---|---|
| A72830 | Costal Marketing LLC MKT | Brittany Corr |
| A38591 | Millennium Calvary LLC | Juan Gonzalez |
| A78971 | Millennium Calvary LLC MKT | Juan Gonzalez |
| A34005 | NMG Enterprises Corp LLC | Markaila Gordon |
| A32024 | NMG Enterprises Corp LLC MKT | Markaila Gordon |
| A62381 | Capable Consulting | Dustin Donahue |
| A77839 | Capable Consulting MKT | Dustin Donahue |
| A48159 | NSH Marketing Group LLC | Nathanial Heller |
| A71181 | NSH Marketing Group LLC MKT | Nathanial Heller |
| A18300 | Golden Gates of Salvation LLC | Ahmed Shokry |
| A50360 | Golden Gates of Salvation LLC 4MKT | Ahmed Shokry |
| A11569 | MEM Marketing Group LLC | Axel Bilbao |
| A80221 | MEM Marketing Group LLC MKT | Axel Bilbao |
| A67042 | National Consulting Services LLC | Emily Quesada |
| A51999 | National Consulting Services LLC MKT | Emily Quesada |
| A99948 | Righteous Belief Care LLC | Christopher Malkulik |
| A65399 | Righteous Belief Care LLC MKT | Christopher Malkulik |
| A38030 | Trinity Insurance Partners LLC | Matthew Gernstadt |
| A74777 | Trinity Insurance Partners LLC MKT | Matthew Gernstadt |
| A82923 | DJ Marketing LLC | Daaniyl Jackson |
| A16857 | DJ Marketing LLC MKT | Daaniyl Jackson |
| A21720 | Optum Holdings LLC | Thomas Puglisi |
| A70773 | Optum Holdings LLC | Thomas Puglisi |
| A96390 | AP Marketing Partners LLC | Anthony Percario |
| A88865 | AP Marketing Partners LLC MKT | Anthony Percario |

| Agency ID | Agency Name | Name Company | Contact | Parent |
|---|---|---|---|---|
| 334385 | Capital Health Advisors | Capital Health Advisors | Mario Callejas Jr. | National Individual Insurance Agency LLC 331402 |
| 334386 | Tavere Johnson | Modern Source | Tavere Johnson | National Individual Insurance Agency LLC 331402 |
| 334389 | National Plan Advisors | National Plan Advisors | Jeffrey Franzoni | National Individual Insurance Agency LLC 331402 |
| 334393 | Advance Benefit Group | Advance Benefit Group | Mario Callejas | National Individual Insurance Agency LLC 331402 |
| 334409 | Insurance Care Now | Insurance Care Now | Witfield Jean Baptisie | The HIC Group (Seni Sok) 542223 |
| 334412 | Great Health Choice | Great Health Choice | Andres Suarez | The HIC Group (Seni Sok) 542223 |
| 335600 | Direct Health LLC | Direct Health LLC | Alec Buico | National Individual Insurance Agency LLC 331402 |
| 336887 | Health First Solutions | Health First Solutions | Daniel Dayan | National Individual Insurance Agency LLC 331402 |
| 341580 | Martin Carter | National Individual Insurance Agency LLC | Martin Carter | Tavere Johnson 334386 |
| 341583 | Vincent Bellezza | Grouper Media | Vincent Bellezza | Advance Benefit Group 334393 |
| 341916 | Yousuf Syed | Enrollment 123 INC | Yousuf Syed | National Individual Insurance Agency LLC 331402 |
| 349250 | Matthew Panzer | Priority Insurance | Matthew Panzer | Sam Llanes 349226 |
| 349285 | Top Healthcare Options Insurance Agency | | Tiffanie Gonzalez | Corey Tiger 336313 |
| 349304 | Abdullah Khalid | Premium Marketing | Abdullah Khalid | Enrollment 123 INC 341916 |
| 349318 | Jessica Rodriguez | | Jessica Rodriguez | Anthony Maresca 349317 |
| 349324 | George Gemmell | | George Gemmell | Anthony Maresca 349317 |
| 349338 | Angela Garcia | LG Marketing Inc | Angela Garcia | Anthony Maresca 349317 |
| 349345 | Larry Dearman | Priority Insurance | Larry Dearman | Sam Llanes 349226 |
| 354474 | Health Benefits Direct LLC | Health Benefits Direct LLC | Mario Soto | Pinnacle Consulting Group 349323 |
| 354477 | Kareem Mclean | Intelecare Inc | Kareem Mclean | National Individual Insurance Agency LLC 331402 |
| 354487 | Leon Martin | O Health Group | Scott Shapiro | National Individual Insurance Agency LLC 331402 |
| 354488 | Carl Johnson | | Carl Johnson | Anthony Maresca 349317 |
| 354489 | Jennifer White | Nationwide Health Brokers | Jennifer White | Enrollment 123 INC 341916 |
| 354509 | Ralph Castillio | Empire Health Solutions | Ralph Castillo | Top Healthcare Options Insurance Agency 349285 |
| 355425 | Insurance For All Insurance Agency | Insurance For All Insurance Agency | Mark Schneider | Direct Health LLC 335600 |
| 358903 | Vanessa Osorio-Bedoya | Modern Source | Vanessa Osorio-Bedoya | Tavere Johnson 334386 |
| 360169 | Number One Health Insurance Agency Inc | Number One Health Insurance Agency Inc | Brandon Bowsky | National Individual Insurance Agency LLC 331402 |
| 334223 | America's Health Advisors | America's Health Advisors | Charles Donisi | National Individual Insurance Agency LLC 331402 |
| 354486 | Tausief Mohamed | | Tausief Mohamed | Anthony Maresca 349317 |
| 355435 | Normand Guillaume | Direct Health | Normand Guillaume | Direct Health LLC 335600 |
| 358290 | Atalie Bruna | | Atalie Bruna | Shonnell Sinclair 356454 |
| 361369 | Platinum Health Advisors | Platinum Health Advisors | Anthony Parrino | Direct Health LLC 335600 |
| 362744 | Trinity Health Options Inc. | Trinity Health Options Inc | Michael Digioia | Direct Health LLC 335600 |
| 363090 | Pioneer Health Associates | Pioneer Health Associates | Rudolph Rice | Direct Health LLC 335600 |
| 363745 | Mohammed Jangda | DUW Marketing LLC | Mohammed Jangda | Enrollment 123 INC 341916 |
| 361155 | Lovell McKail | Premier Healthcare Brokers | Lovell McKail | Enrollment 123 INC 341916 |
| 360130 | Oneal Holland | Best healthcare Insurance Inc | Oneal Holland | Enrollment 123 INC 341916 |
| 363956 | Loraine Harpaul | | Loraine Harpaul | Tavere Johnson 334386 |
| 364012 | American Health Care Advisors LLC | American Health Care Advisors LLC | | Direct Health LLC 335600 |
| 338168 | Gerson Petigny | Modern Source | Gerson Petigny | Tavere Johnson 334386 |
| 365060 | Felix Martin II | WISAS Marketing LLC | Felix Martin II | Enrollment 123 INC 341916 |
| 366545 | Donovan Williams | | Donovan Williams | O Health Group (Leon Martin) 354487 |
| 334375 | Yvonne Fidure | Innovative Insurance | Yvonne Fidure | National Individual Insurance Agency LLC 331402 |
| 334431 | John Retureta | Health Benefits Advisors | John Retureta | Coverage One Insurance Group 334390 |
| 341532 | MarketCentric Inc | MarketCentric Inc | Brandon Diggs | Innovative Insurance 334375 |
| 341563 | Octavious Hawkins | PAM - AP Hawkins Insurance Inc | Octavious Hawkins | National Individual Insurance Agency LLC 331402 |
| 353553 | Global Leads | Global Leads | Angela Mirabella | Gregory Curtis 334378 |
| 354516 | Tri-Star Insurance Services LLC | Tri-Star Insurance Services LLC | Maria Braceros | MarketCentric Inc 341532 |
| 542571 | Analisa Johnston | | Analisa Johnston | O Health Group (Leon Martin) 354487 |
| 542223 | The HIC Group (Seni Sok) | Seni Sok | Seni Sok | The HIC Group 334376 |
| 542231 | Interstate Brokers of America | Interstate Brokers of America | Michelle Robbins | National Individual Insurance Agency LLC 331402 |
| 542667 | Brian Chu | Nova Marketing Group | Brian Chu | National Individual Insurance Agency LLC 331402 |
| 542672 | Chung im Choi | | Chung im Choi | Brian Chu 542667 |
| 542674 | Ming Chen Wang | C & M Enterprise | Ming Chen Wang | Chung im Choi 542672 |
| 542675 | Yung Soo Cho | Joy Young LLC | Yung Soo Cho | Brian Chu 542667 |
| 542676 | Karan Park | | Karan Park | Ming Chen Wang 542674 |
| 542680 | Miyoung Kim | C & M Enterprise | Miyoung Kim | Ming Chen Wang 542674 |
| 542703 | Yoon Choi | | Yoon Choi | Miyoung Kim 542680 |
| 542673 | Suzie Park | | Suzie Park | Brian Chu 542667 |
| 542677 | Haejung Hong | | Haejung Hong | Ming Chen Wang 542674 |
| 542678 | Chuck Kim | KLC Global Solutions INC | Chuck Kim | Suzie Park 542673 |
| 542683 | Samuel Gouh | | Samuel Gouh | Chuck Kim 542678 |
| 542685 | Sun Hee Lee | | Sun Hee Lee | Yung Soo Cho 542675 |
| 542697 | Yon Chung | | Yon Chung | Haejung Hong 542677 |
| 542700 | Kathy Kim | | Kathy Kim | Haejung Hong 542677 |
| 542710 | Kum Hwi Pak | | Kum Hwi Pak | Kathy Kim 542700 |
| 542901 | Joo Han Kang | | Joo Han Kang | Ming Chen Wang 542674 |
| 545334 | Seung Young Yoon | | Seung Young Yoon | Karan Park 542676 |
| 542681 | Soo Chung | | Soo Chung | Yung Soo Cho 542675 |
| 542695 | Chaekyoung Park | | Chaekyoung Park | Soo Chung 542681 |
| 542704 | Yeon Suh | | Yeon Suh | Miyoung Kim 542680 |
| 542986 | Mi Sook Ka | | Mi Sook Ka | Haejung Hong 542677 |
| 542690 | Seung Lee | | Seung Lee | Haejung Hong 542677 |
| 542705 | YunHee An | | YunHee An | Ming Chen Wang 542674 |
| 546355 | Xian Ji Li | | Xian JiLi | Seung Lee 542690 |
| 548605 | Natalie Mendez | Natalie Mendez | Natalie Mendez | O Health Group (Leon Martin) 354487 |
| 548865 | Katherine Yun | C & M Enterprise | Katherine Yun | Ming Chen Wang 542674 |
| 549386 | Jang Woo Whi | C & M Enterprise | Jang WooWhi | Miyoung Kim 542680 |
| 334423 | Liberty Health Solutions | Liberty Health Solutions | Enrique Burgos | Great Health Choice 334412 |
| 546250 | Jubran Abdulaziz | Slayed Properties Inc | Jubran Abdulaziz | National Individual Insurance Agency LLC 331402 |
| 548136 | Shennel Tomlinson | | Shennel Tomlinson | Tavere Johnson 334386 |
| 549213 | Felix Martin | Felix Martin | Felix Martin | Great Health Choice 334412 |
| 549807 | Robert Goldstein | | Robert Goldstein | O Health Group (Leon Martin) 354487 |
| 549989 | Horizon Health Advisors | Horizon Health Solutions LLC | | Direct Health LLC 335600 |
| 550838 | Single Call Health | Single Call Health | Brandon Bowsky | National Individual Insurance Agency LLC 331402 |

| | | | | |
|---|---|---|---|---|
| 542688 | Hwi Nam Lee | Leone Inc. | Hwi Nam Lee | Brian Chu 542667 |
| 542711 | Hyang Suk Chann | | Hyang Suk Chann | Miyoung Kim 542680 |
| 551332 | American Health Solutions LLC | American Health Solutions LLC | Michael Macchia | Direct Health LLC 335600 |
| 551995 | Duc Son Na | C & M Enterprise | Duc Son Na | Ming Chen Wang 542674 |
| 542699 | Mary Seo | SSOMEO LLC | Mary Seo | Haejung Hong 542677 |
| 542706 | Eileen Kim | | Eileen Kim | Yon Chung 542697 |
| 550803 | Ramon Warren | | Ramon Warren | Enrollment 123 INC 341916 |
| 552978 | Vincent Bellezza | Grouper Media | Vincent Bellezza | National Individual Insurance Agency LLC 331402 |
| 552493 | Demetrios Arvanites | Modern Source | Demetrios Arvanites | Tavere Johnson 334386 |
| 550273 | Erick Calixte | | Erick Calixte | Direct Health LLC 335600 |
| 555766 | Secure Health Enterprise LLC | Secure Health Enterprise LLC | Alyson Gahagan | Direct Health LLC 335600 |
| 542692 | Kyoung Lee | | Kyoung Lee | Haejung Hong 542677 |
| 334398 | Tiffany Richards | Tiffany Richards | Tiffany Richards | Tavere Johnson 334386 |
| 559587 | Karen Krok | Karen Krok | Karen Krok | The HIC Group (Seni Sok) 542223 |
| 561565 | Vital One Health Solutions LLC | Vital One Health Solutions LLC | Vincent Castellano Jr. | Prosperity Health LLC 559623 |
| 560004 | Ysmael Sandoval | HIEG Partners LLC | Ysmael Sandoval | Prosperity Health LLC 559623 |
| 562982 | Superior Health Group LLC | Superior Health Group LLC | Anthony Parrino | Prosperity Health LLC 559623 |
| 563680 | Health First Insurance Agency | Health First Insurance Agency | Jonathan Massa | Single Call Health 550838 |
| 563336 | Trisha Perez | Trisha Perez | Trisha Perez | O Health Group (Leon Martin) 354487 |
| 565290 | Best Health Options Insurance Agency Inc | Best Health Options Insurance Agency Inc | Laura Hess | Single Call Health 550838 |
| 566326 | Brandon Bowsky | | | |
| 565487 | Ryan Chadderton | ChoiceOne Health Insurance Agency Inc | Ryan Chadderton | |
| 565530 | Teresa L. McWilliams | Complete Health Options Insurance Agency LLC | Mrs.Teresa LMcWilliams | |
| 562642 | Heather Agnew | Insuring U | Heather Agnew | |
| 565282 | Steven Corona | Insure Hippo | Steven ACorona | |
| 569872 | ALM Health Group | ALM Health Group | Lauren Switzer | |
| 542682 | Euijung Lee | | Euijung Lee | |
| 558809 | Easy Quote Health Insurance Agency Inc | Easy Quote Health Insurance Agency Inc | Brandon Bowsky | |
| 572404 | Worldwide United Healthcare LLC | Worldwide United Healthcare LLC | Emily APayne | |
| 575229 | American Health Options LLC | American Health Options LLC | Mr.Michael Landis | |
| 559623 | Prosperity Health LLC | Prosperity Health LLC | Ahmed Shokry | |
| 575830 | John Avitto | Efficiency Health | John Avitto | |