**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

ADVANCED PLUS LLC, et al.,

Plaintiffs,

v.

LANDON JORDAN, et al.,

Defendants.

Case No. 2:24-cv-08881-SJB-ARL

**DEFENDANT STRATEGIC LIMITED PARTNERS LP, CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Strategic Limited Partners LP ("SLP"), states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1(a)(2), SLP states that it is registered in the State of Texas and that its principal place of business is located in the State of Texas. SLP has several thousand members whose citizenship is attributed to SLP for diversity purposes; a spreadsheet identifying each individual member by name and citizenship is attached hereto as Exhibit 1. As the chart reveals, there are numerous SLP members who are citizens of Michigan, New York, and Virginia, the states that Plaintiffs allege their members are citizens of.

Dated: January 23, 2025

Respectfully submitted,

SPENCER FANE LLP

By: *<u>/s/ Angus Dwyer</u>*

Angus Dwyer Bar No. 4495081
Adunni Gueye (*pro hac vice* forthcoming)
adwyer@spencerfane.com
agueye@spencerfane.com
SPENCER FANE LLP
1000 Walnut, Suite 1400
Kansas City, Missouri 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216

Brian Zimmerman (*pro hac vice* forthcoming)
Nicholas Reisch (*pro hac vice* forthcoming)
bzimmerman@spencerfane.com
nreisch@spencerfane.com
SPENCER FANE LLP
3040 Post Oak Boulevard, Suite 1400
Houston, Texas 77056
Telephone: 713-552-1234
Facsimile: 713-963-0859

***ATTORNEYS FOR DEFENDANTS***
***Landon Jordan, National Individual Insurance Agency, LLC, Blackhawk Claims Service, Inc., Strategic Limited Partners LP, RFA Group, Inc., The Health Share Group Inc., Association Health Care Management, Inc., Crimson Holding Group, Inc., Ridge Administrative Services, Inc., Roy Franklin Anding, Jr., Rami Hassan, Mark Keck, David Keeler, and Harold L. Brock, Jr***

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2025, I filed the foregoing document utilizing the Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

*/s/ Angus Dwyer*
Angus Dwyer