**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

ADVANCED PLUS LLC, ADVANCED PLUS DEAL 1 LLC, ADVANCED PLUS DEAL 2 LLC, and PACTOLUS INCOME OPPORTUNITIES LLC,

*Plaintiffs*,

v.

LANDON JORDAN, NATIONAL INDIVIDUAL INSURANCE AGENCY, LLC, BLACKHAWK CLAIMS SERVICE, INC., STRATEGIC LIMITED PARTNERS LP, RFA GROUP, INC., THE HEALTH SHARE GROUP INC., ASSOCIATION HEALTH CARE MANAGEMENT, INC., CRIMSON HOLDING GROUP, INC., RIDGE ADMINISTRATIVE SERVICES, INC., CHRISTOPHER JAMES PAGNANELLI, ROY FRANKLIN ANDING, JR., RAMI HASSAN, MARK KECK, DAVID KEELER, and HAROLD L. BROCK, Jr.,

*Defendants*.

Case No. 24-cv-08881

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss(es) without prejudice Defendant STRATEGIC LIMITED PARTNERS LP from the above-captioned action.

Dated: New York, New York

January 23, 2024

**ROBINS KAPLAN LLP**

By: s/*Gabriel Brerg*

Gabriel Berg
GBerg@RobinsKaplan.com
Eric M. Lindenfeld
ELindenfeld@RobinsKaplan.com
1325 Avenue of the Americas, Suite 2601
New York, New York 10019
Telephone: 212.980.7400

*Attorneys for Plaintiff Pactolus Income Opportunities LLC*

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: s/*Sean Southard*

Sean Southard
Ssouthard@Klestadt.com
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: 212.972.3000

*Attorneys for Plaintiffs Advanced Plus LLC, Advanced Plus Deal 1 LLC, Advanced Plus Deal 2 LLC*